# EXHIBIT "C"

Claim Question? Call: 646 282 2400    Technical Support Question? Call: 800 794 4430

Sign In

debtorMatrix

- Home
- Claims
- Docket
- Key Documents

# American Home Mortgage Corp.

Change

## GENERAL INFORMATION

On August 6, 2007, American Home Mortgage Holdings, Inc. and seven (7) of its affiliates (collectively, the "Debtors") filed petitions in the United States Bankruptcy Court for the District of Delaware seeking relief under chapter 11 of the United States Bankruptcy Code. The Debtors' cases have been assigned to Judge Christopher S. Sontchi. These cases are being jointly administered for procedural purposes, meaning that all pleadings filed in these cases will be reflected on case docket 07-11047 ("Main Case Docket"). The Main Case Docket can be accessed through the website maintained by the United States Bankruptcy Court for the District of Delaware http://www.deb.uscourts.gov. An unofficial version of the docket is accessible by selecting the "Docket" link at the top of this page.

## CONFIRMATION OF DEBTORS AMENDED CHAPTER 11 PLAN OF LIQUIDATION

February 23, 2009 the United States Bankruptcy Court for the District of Delaware entered an Order Confirming the Amended Chapter 11 Plan of Liquidation of the Debtors Dated February 18, 2009

## PROOFS OF CLAIM

The deadlines for filing of proofs of claims against the Debtors have been established as **January 11, 2008 at 4:00 p.m. Eastern Time** for the General claims bar date and **February 4, 2008 at 4:00 p.m. Eastern Time** for the Government Bar Date. Completed forms may be sent to the following addresses:

| If by first-class mail: |
|---|
| American Home Mortgage Claims Processing<br>P.O. Box 5076<br>FDR Station |

MCCRAY'S AFFIDAVIT OF TRUTH
EXHIBIT C – Page 1 of 5

| New York, NY 10150-5076 |
|---|
| **If by Hand Delivery or Overnight mail:** |
| Epiq Bankruptcy Solutions, LLC<br>Attn: American Home Mortgage Claims Processing<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 |

Blank proof of claim forms can be obtained by selecting the "Key Documents" link at the top of this page and then selecting "Proof of Claim Form" from the "Public Documents" list.

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to Docket #156, the following creditors have been appointed to the Official Committee of Unsecured Creditors in these cases by the Office of the United States Trustee:

**Wilmington Trust Company,**
520 Madison Avenue, 33rd Floor
New York, NY 10022
Phone: 212-415-0522
Fax: 212-415-0513
Attn: James J. McGinley

**Law Debenture Trust Company of New York,**
400 Madison Avenue, 4th Floor
New York, NY 10017
Phone: 212-750-6474
Fax: 212-750-1361
Attn: James D. Heaney

**Deutsche Bank National Trust Co.**
1761 East Street Andrew Place
Santa Ana, CA 92705
Phone: 212-250-2921
Fax: 212-797-0022
Attn: Brendan Meyer

**Nomura Credit & Capital, Inc.**
2 World Financial Center Building B
New York, NY 10281
Phone: 212-667-9368
Fax: 212-667-1024
Attn: Juliet F. Buck

**Impac Funding Corporation**
19500 Jamboree Road
Irvine, CA 92612
Phone: 949-260-4549
Fax: 949-221-4869
Attn: Steve Wichmann

**Waldners Business Environments, Inc.**
125 Route 110
Farmingdale, NY 11735
Phone: 631-844-9368
Fax: 631-694-6303
Attn: John A. Marsicano

**United Parcel Service**
RMS- Agent for UPS-
307 International Circle
Suite 270
Hunt Valley, MD 21030
Phone: 410-773-4040
Fax: 410-773-4057
Attn: Steven Sass

MCCRAY'S AFFIDAVIT OF TRUTH
EXHIBIT C – Page 2 of 5

## DEBTORS

<u>Lead Debtor:</u>

AMERICAN HOME MORTGAGE HOLDINGS, INC.,     <u>Case No.:</u> 07-11047
a Delaware corporation, et al.

<u>Related Debtors</u>

AMERICAN HOME MORTGAGE INVESTMENT CORP.,     <u>Case No.:</u> 07-11048
a Maryland corporation

AMERICAN HOME MORTGAGE ACCEPTANCE, INC.,     <u>Case No.:</u> 07-11049
a Maryland corporation

AMERICAN HOME MORTGAGE SERVICING, INC.,     <u>Case No.:</u> 07-11050
a Maryland corporation

AMERICAN HOME MORTGAGE CORP.,     <u>Case No.:</u> 07-11051
a New York corporation

AMERICAN HOME VENTURES LLC,     <u>Case No.:</u> 07-11052
a Delaware limited liability company

HOMEGATE SETTLEMENT SERVICES, INC.     <u>Case No.:</u> 07-11053
a New York corporation

GREAT OAK ABSTRACT CORP.,     <u>Case No.:</u> 07-11054
a New York corporation

# KEY PROFESSIONALS

| **Debtors' Restructuring Counsel** | | |
|---|---|---|
| **Young Conaway Stargatt & Taylor, LLP** <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 | | |
| http://youngconaway.com <br> Phone: 302.571.6600 <br> Fax : 302.571.0453 | | |
| Attn:  James L. Patton, Jr., Esq. | Sean M. Beach, Esq. | Kenneth J. Enos, Esq. |
|  Joel A. Waite, Esq. | Matthew B. Lunn, Esq. | |
|  Pauline K. Morgan, Esq. | Kara Hammond Coyle, Esq. | |
| **Debtors' Litigation Counsel** | | |
| **Quinn Emanuel Urquhart Oliver & Hedges, LLP** <br> 51 Madison Avenue <br> New York, NY 10010 <br> http://quinnemanuel.com <br> Phone: (212) 849-7000 | | |

MCCRAY'S AFFIDAVIT OF TRUTH
EXHIBIT C – Page 3 of 5

Fax: (212) 849-7100    Case 1:13-cv-01518-GLR    Document 1-4    Filed 05/23/13    Page 5 of 6

| Attn: Susheel Kirpalani | James C. Tecce, Esq. | Joseph G. Minias, Esq. |
|---|---|---|

**Debtors' Special Counsel**

**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, New York 10281
http://www.cwt.com
Phone: (212) 504-6000
Fax: (212) 504-6666

Attn: Nathan Haynes Esq.     Gregory M. Petrick Esq.

**Committee Counsel**

**Blank Rome LLP**
1201 Market Street, Suite 800
Wilmington, DE 19801.
http://blankrome.com
Phone (302) 425-6400
Fax (302) 425-6464

Attn: Bonnie Glantz Fatell, Esq.

**Hahn Hessen LLP**
488 Madison Avenue
14th & 15th Floor
New York, NY 10022
http://hahnhessen.com
Phone: (212) 478-7200
Fax: (212) 478-7400

Attn: Mark S. Indelicato, Esq.

## U.S. TRUSTEE

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
Phone: 302-573-6491
Fax: 302-573-6497

Attn: Joseph M. McMahon, Esq.

MCCRAY'S AFFIDAVIT OF TRUTH
EXHIBIT C – Page 4 of 5

## USEFUL LINKS

Debtors' Website: http://www.americanhm.com
(NOTE: To access press releases and other investor information, select "Investor Relations" from the menu near the top of the page.)

## WEBSITE INFORMATION

From time to time, certain key documents filed in these cases or otherwise made available by the Debtors will be available by selecting the "Key Documents" link above. Should you have any questions relating to this website, please feel free to contact us at 646.282.2400.

Company Information and Services | Forms | Corporate | Home | Subscribe | Site Map | Disclaimer | Terms of Use | Privacy Statement | Safe Harbor | RSS Feeds
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.

URL: [ ]

MCCRAY'S AFFIDAVIT OF TRUTH
EXHIBIT C – Page 5 of 5

file:///C:/Users/rmccray/AppData/Local/Microsoft/Windows/Temporary Internet Files/Content.IE5/WQH33TKJ/American Home Mortgage Corp. - Client Home.htm 5/5