# EXHIBIT "D"

Recording Requested By:
WELLS FARGO BANK, N.A.

When Recorded Return To:

DEFAULT ASSIGNMENT
WELLS FARGO BANK, N.A.
MAC: X9999-018
PO BOX 1629
MINNEAPOLIS, MN 55440-9790

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Baltimore (City), Maryland
"MCCRAY"

MERS #: 100024200010323117  SIS #: 1-888-679-6377

Date of Assignment: June 26th, 2012
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR
AMERICAN HOME MORTGAGE, ITS SUCCESSORS AND ASSIGNS at BOX 2026 FLINT MI 48501.
1901 E VOORHEES ST STE C., DANVILLE, IL 61834
Assignee: WELLS FARGO BANK, NA at 1 HOME CAMPUS, DES MOINES, IA 50328

Executed By: RENEE L MCCRAY  To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
AS NOMINEE FOR AMERICAN HOME MORTGAGE, ITS SUCCESSORS AND ASSIGNS
Date of Deed of Trust: 10/07/2005 Recorded: 10/14/2005  in Book/Reel/Liber: 06830 Page/Folio: 0938
In the County of Baltimore (City), State of Maryland.

Property Address: 109 N  EDGEWOOD STREET, BALTIMORE, MD 21229  -2275-F

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and
sufficiency of which is hereby acknowledged, the said assignor hereby assigns unto the above-named
assignee, the said Deed of Trust having an original principal sum of $66,500.00 with interest, secured
thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the
full benefit of all the powers and of all the covenants and provisos therein contained, and the said assignor
hereby grants and conveys unto the said assignee, the assignor's beneficial interest under the Deed of
Trust.
   TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said assignee forever,
subject to the terms contained in said Deed of Trust.

   IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above
written:

   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN HOME
MORTGAGE, ITS SUCCESSORS AND ASSIGNS
On _6/28/12_

By: _____
   Joel Altringer                , Assistant
Secretary

MCCRAY'S AFFIDAVIT OF TRUTH
EXHIBIT D – Page 1 of 2

'PK1'PK1WFEM'05/25/2012 09:07:07 AM' WFEM01WFEMA000000000000000588158' MDBAL12' MDSTATE_TRUST_ASSIGN_ASSN' 'MS2WFEB'

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF Iowa
COUNTY OF Polk

On __6-28-12__, before me, ___Theresa Larson___, a Notary Public in and for Polk in the State of Iowa, personally appeared ___Joel Altringer___, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

THERESA LARSON
Commission Number 771339
My Commission Expires
January 24, 2015

Theresa Larson
Notary Expires: 1/24/15

(This area for notarial seal)

MCCRAY'S AFFIDAVIT OF TRUTH
EXHIBIT D – Page 2 of 2

·PK1·PK1WFEM·06/26/2012 05 07 07 AM· WFEM01WFEMA000000000000000589158·MDBALT2·MDSTATE_TRUST_ASSIGN_ASSM ··MS2WFEB·

BALTIMORE CITY CIRCUIT COURT (Land Records) [MSA CE 164-23458] FMC 14405, p. 0062. Printed 03/20/2013. Image available as of 07/09/2012.

vi