AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | ) | |
|---|---|---|
| RENEE L. MCCRAY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. GLR 13 CV 1518 |
| | ) | |
| SAMUEL I. WHITE, P.C. | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
SAMUEL I. WHITE, P.C.
5040 CORPORATE WOODS DR., SUITE 120, VIRGINIA BEACH, VA 23462
SERVED ON: CSC-LAWYERS INCORPORATING SERVICE CO./RESIDENT AGENT
7 ST. PAUL ST., SUITE 1600
BALTIMORE, MD 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Renee L. McCray
109 Edgewood Street
Baltimore, MD 21229

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| RENEE L. MCCRAY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. GLR 13 CV 1518 |
| | ) | |
| WELLS FARGO BANK, N.A. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
   WELLS FARGO BANK, N.A.
   1 HOME CAMPUS, DES MOINES, IA 50328
   SERVED ON: CSC-LAWYERS INCORPORATING SERVICE CO./RESIDENT AGENT
   7 ST. PAUL ST., SUITE 1600
   BALTIMORE, MD 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Renee L. McCray
109 Edgewood Street
Baltimore, MD 21229

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
                                  *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Maryland

|  |  |  |
|---|---|---|
| RENEE L. MCCRAY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. GLR 13 CV 1518 |
| | ) | |
| FEDERAL HOME LOAN MORTGAGE CORP. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
FEDERAL HOME LOAN MORTGAGE CORPORATION
C/O DONALD H. LAYTON, CHIEF EXECUTIVE OFFICE
8200 JONES BRANCH DRIVE
MCLEAN, VA 22102-3110


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Renee L. McCray
109 Edgewood Street
Baltimore, MD 21229

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| RENEE L. MCCRAY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. GLR13CV1518 |
| JOHN E. DRISCOLL, III, ET AL. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
JOHN E. DRISCOLL, III, ET AL.
611 ROCKVILLE PIKE, STE 100, ROCKVILLE, MD 20852
SERVED ON: CSC-LAWYERS INCORPORATING SERVICE CO./RESIDENT AGENT
7 ST. PAUL ST., SUITE 1600
BALTIMORE, MD 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Renee L. McCray
109 Edgewood Street
Baltimore, MD 21229

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*