```
_____ FILED      _____ ENTERED
_____ LOGGED     _____ RECEIVED
```

JUN 2 0 2013

**PROOF OF SERVICE** AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY                                    DEPUTY

Federal Rules of Civil Procedure, Rule 5

STATE OF MARYLAND, CITY OF BALTIMORE

On June 14, 2013, I hand-delivered the foregoing documents described as: Plaintiff's Amended Complaint for Violations of the FDCPA, MCDCA, MCPA, TILA and RESPA on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

WELLS FARGO BANK, N.A.
c/o CSC-Lawyers Incorporating Service Company
7 St. Paul St., Suite 1600
Baltimore, MD  21202
Resident Agent

SAMUEL I WHITE, P.C.
c/o CSC-Lawyers Incorporating Service Company
7 St. Paul St., Suite 1600
Baltimore, MD  21202
Resident Agent

JOHN E. DRISCOLL, III/SAMUEL I WHITE P.C.
c/o CSC-Lawyers Incorporating Service Company
7 St. Paul St., Suite 1600
Baltimore, MD  21202
Resident Agent

ROBERT E. FRAZIER/SAMUEL I WHITE P.C.
c/o CSC-Lawyers Incorporating Service Company
7 St. Paul St., Suite 1600
Baltimore, MD  21202
Resident Agent

JANA M. GANTT/SAMUEL I WHITE P.C.
c/o CSC-Lawyers Incorporating Service Company
7 St. Paul St., Suite 1600
Baltimore, MD  21202
Resident Agent

Civil Action No.: GLR13CV1518

LAURA D. HARRIS/SAMUEL I WHITE P.C.
c/o CSC-Lawyers Incorporating Service Company
7 St. Paul St., Suite 1600
Baltimore, MD  21202
Resident Agent

KIMBERLY LANE/SAMUEL I WHITE P.C.
c/o CSC-Lawyers Incorporating Service Company
7 St. Paul St., Suite 1600
Baltimore, MD  21202
Resident Agent

DEENA L. REYNOLDS/SAMUEL I WHITE P.C.
c/o CSC-Lawyers Incorporating Service Company
7 St. Paul St., Suite 1600
Baltimore, MD  21202
Resident Agent


[ X ] BY HAND DELIVERY & RECEIVED BY: _Sylvia M. White_
(Agent Representative)


[ X ] I declare under penalty of perjury under the laws of the State of Maryland that the above is true and correct. I am over the age of 18 and not a party to the within action.


_Maria Ware    6/14/2013_
Signature

Maria Ware
6201 Loch Raven Blvd., #312
Baltimore, MD  21239
(410) 433-3933




Civil Action No.:  GLR13CV1518

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Amended Complaint for Civil Action No.: GLR13CV1518 has been sent to the party listed below by Certified USPS First Class Mail. Certified Mail #7010 2780 0003 7000 6311.

FEDERAL HOME LOAN MORTGAGE CORPORATION
c/o Donald H. Layton
Chief Executive Officer
8200 Jones Branch Drive
McLean, VA  22102-3110

Dated June 19, 2013

*Renee L. McCray* (signature)
Renee L. McCray, Plaintiff

Civil Action No: GLR13CV1518

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JUN 2 0 2013

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X **FLACON**    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Federal Home Loan Mortgage Corporation<br>c/o Donald H. Layton, CEO<br>8200 Jones Branch Drive<br>McLean, VA 22102-3110 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 2780 0003 7000 6311 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

Amended Complaint For Violations of the FDCPA, MCDCA, MCPA, TILA and RESPA

Page 2 of 2

**Renee McCray**
109 Edgewood St.
Baltimore, MD 21229-3021

2120126291S

U.S. District Court of Maryland
101 W. Lombard Street
Baltimore, MD 21201
Attn: Clerk's Office

1000   21201

U.S. POSTAGE
PAID
BALTIMORE, MD
21229
JUN 19, 13
AMOUNT
$4.81
00017362-05

7011 2970 0003 7988 6907

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**™

7011 2970 0003 7988 6907