# EXHIBIT 6



Wells Fargo Home Mortgage
P.O. Box 10368
Des Moines, IA 50306-0368

October 25, 2011

Renee L. McCray
109 N Edgewood Street
Baltimore, MD 21229

Dear Renee L McCray:

RE:   Loan Number 708-0199507104

Wells Fargo Home Mortgage (WFHM) received additional correspondence regarding the above referenced loan. Therefore, I will be addressing any new concerns.

All inquiries and concerns should be addressed with us as the servicer of your loan. The investor for this loan is Federal Home Loan Mortgage Corporation, a government agency and their address is:

   Freddie Mac
   8200 Jones Branch Drive
   McLean, VA 22102-3110

Although we are providing this information, the government agency will more than likely refer you back to us to answer any questions about the loan, or the servicing of the loan.

As per your request, enclosed is a copy of the executed Note and Deed of Trust. Please be advised that WFHM does not disburse original documents. However, WFHM does have a valid loan and lien on this property. These documents validate the above mentioned loan.

Any requested information not provided in this letter is considered to be privileged and/or proprietary information of Wells Fargo Home Mortgage and will not be provided at this time.

To reach one of our customer service professionals, please call (800) 762-6659. If you have any additional questions or need clarification regarding the information provided, please contact me directly at (877) 491-0707, extension 67359. I am available to assist you Monday through Friday, 9:00 a.m. to 6:00 p.m., Eastern Standard Time.

Sincerely,

Dawn R Smith
Written Customer Contact

Enclosures

Authorized users may also access loan information via www.wellsfargo.com, or contact our Customer Service Department at (866) 234-8271. Representatives are available for assistance Monday through Friday, 6:00 a.m. to 10:00 p.m., and Saturday, 8:00 a.m. to 2:00 p.m., Central Time.

Together we'll go far

WC 403/dqt/gc1

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801