**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

RENEE L. MCCRAY                              *

    **Plaintiff**                              *

**v.**                              *      Civil Action No. GLR-13-CV1518

**WELLS FARGO BANK, N.A.** *et al.*      *

    **Defendants**                              *


\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*
**[PROPOSED] ORDER**

The Motion to Dismiss of the Defendants and the opposition thereto of the Plaintiff, if

any, having come before this Court for consideration, and it appearing that the Defendants are

entitled to the relief requested in the Motion, it is this ____ day of _____, 2013, hereby

ORDERED that the Motion to Dismiss be and the same hereby is GRANTED; and it is

FURTHER ORDERED that the all claims in Plaintiff's Amended Complaint be and the

same hereby are DISMISSED with prejudice.


                                                       _____
                                                       Judge, United States District Court
                                                       for the District of Maryland