**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| **RENEE L. MCCRAY** | * | |
| **Plaintiff** | * | |
| **v.** | * | Civil Action No. GLR-13-CV1518 |
| **WELLS FARGO BANK, N.A.** *et al.* | * | |
| **Defendants** | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DISCLOSURE OF CORPORATE INTEREST AND AFFILIATIONS
FOR FEDERAL HOME LOAN MORTGAGE CORPORATION**

I hereby certify, as counsel to the Defendant, Federal Home Loan Mortgage Corporation ("Freddie Mac") that:

1. Freddie Mac is federally chartered corporation created by the United States Congress. It has no parent corporation. No other corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

2. However, on September 6, 2008 the Federal Housing Finance Agency ("FHFA") placed Freddie Mac into conservatorship.

3. Freddie Mac common stock is traded on the OTC market with ticker symbol FMCC.

> /s/  Michael S. Barranco
> Michael S. Barranco (Bar No 04036)
> TREANOR POPE & HUGHES, P.A.
> 500 York Road
> Towson, MD 21204
> (410) 494-7777
> msbarranco@tph-law.com
>
> Attorneys for Defendant,
> Federal Home Loan Mortgage Corporation

## **CERTIFICATE OF SERVICE**

   I hereby certify on this 1st day of July, 2013, that a copy of the foregoing Disclosure of Corporate Interests and Affiliations of Freddie Mac was filed via CM/ECF and served by U.S. Mail, postage prepaid, first class to the following:

   Renee L. McCray
   109 Edgewood Street
   Baltimore, Maryland 21229


             /s/ Michael S. Barranco
             Michael S. Barranco