IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RENEE L. McCRAY | : |
| Plaintiff | : |
| v. | : Case 1:13-cv-01518 GLR |
| FEDERAL HOME LOAN MORTGAGE | : |
| CORPORATION, et al | : |
| Defendants | : |

## DISCLOSURE OF CORPORATE INTEREST AND AFFILIATION FOR SAMUEL I WHITE P.C.

I hereby certify, as counsel the Defendant SAMUEL I WHITE PC ("SIWPC") that

1. SIWPC is a State of Virginia professional legal corporation qualified to conduct business in the State of Maryland. It has no parent corporation. No other corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D.Md.)

2. SIWPC shares are not traded on any market and are closely held.

    Respectfully Submitted:
    Samuel I. White, PC

    /s/ Robert H. Hillman

    Robert H. Hillman, MD 06910

    /s/ Daniel J. Pesachowitz

    Daniel J. Pesachowitz  MD14930
    611 Rockville Pike #100
    Rockville, MD 20852
    301-804-3385
    Fax 301-838-1954
    rhilllman@siwpc.com
    dpeascho@siwpc.com

                                                Attorney for Samuel I White
                                                P.C. and the SIWPC Individuals

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on <u>July 1</u>, 2013, I mailed, by first class mail, postage prepaid, a copy of the foregoing to: Renee L. McCray, 109 North Edgewood Street, Baltimore, MD 21229, Plaintiff; and electronically served Michael S. Barranco Esq, Treaner Pope and Hughes PA 500 York Road, Towson, Maryland 21204, for Defendants FHLMC, Wells Fargo Bank NA

                                                /s/ Robert H. Hillman

                                                Robert H. Hillman