IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RENEE L. McCRAY | : |
| Plaintiff | : |
| v. | : Case 1:13-cv-01518 GLR |
| FEDERAL HOME LOAN MORTGAGE | : |
| CORPORATION, et al | : |
| Defendants | : |

## NOTICE OF APPEARANCE

Comes now Robert H. Hillman and Daniel J. Pesachowitz, and enter their appearance for the Defendants, Samuel I. White, PC ("SIWPC"), John E. Driscoll, II, Robert E. Frazier, Jana M. Gantt, Laura D. Harris, Kimberly Lane, and Deena Reynolds (SIWPC and the individuals collectively hereinafter referred to as "the SIWPC Defendants").

        Respectfully Submitted:
        Samuel I. White, PC

        /s/ Robert H. Hillman

        Robert H. Hillman, MD 06910

        /s/ Daniel J. Pesachowitz

        Daniel J. Pesachowitz  MD14930
        611 Rockville Pike #100
        Rockville, MD 20852
            301-804-3385
            Fax 301-838-1954
        rhilllman@siwpc.com
        dpeascho@siwpc.com
        Attorney for Samuel I White
        P.C. and the SIWPC Individuals

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on <u>July 1</u>, 2013 I filed via CM/ECF and served by first class mail, postage prepaid, a copy of the foregoing to: Renee L. McCray, 109 North Edgewood Street, Baltimore, MD 21229, Plaintiff;  Michael S. Barranco Esq, Treaner Pope and Hughes PA 500 York Road, Towson, Maryland 21204, for Defendants FHLMC, Wells Fargo Bank NA

          /s/ Robert H. Hillman

          Robert H. Hillman