## SUBSTITUTION OF TRUSTEE

Pursuant to the provisions of that certain Deed of Trust executed on October 7, 2005, by Renee L. McCray, as Trustor, to Douglas Douglas and Connie Iampieri, as Trustee, for the benefit of Mortgage Electronic Registration Systems, Inc. as Nominee for American Home Mortgage as Beneficiary, recorded on October 14, 2005 in Book 6830, page 938, in the Land Records of Baltimore City, Maryland to secure an obligation under a Promissory Note: in the amount of Sixty six thousand five hundred dollars ($66,500.00) and assigned to Wells Fargo Bank, N.A., by Assignment dated June 26, 2012. The undersigned, as present holder of the Note, does hereby remove Douglas Douglas and Connie Iampieri, as Trustee and does, pursuant to the terms of the Deed of Trust, hereby remove any Substitute Trustee or Trustees who may have been previously appointed in place of the original Trustee, and does hereby appoint and substitute **JOHN E. DRISCOLL, III , ROBERT E. FRAZIER, JANA M. GANTT, LAURA D. HARRIS, KIMBERLY LANE and DEENA L. REYNOLDS** to serve, effective immediately, as Substitute Trustee(s) in the Deed of Trust, and to replace Douglas Douglas and Connie Iampieri. Said Substitute Trustee is qualified to serve as Successor Trustee under the laws of this state.

AND FURTHERMORE, the powers enumerated in the Deed of Trust, having been granted to two or more trustees, may be exercised by any one of them, independently of the other(s), or by all acting together for the purpose of the foreclosure action, including but not limited to, any and all pleadings, filings, court documents, or reports mandated by the Maryland Rules and/or local custom and court appearance.

The undersigned hereby revokes all other substitutions of trustee which it may have executed, appointed or filed in the past, giving and granting to said Substitute Trustee all the powers, duties and authority of the discharged Trustee, and hereby ratifying all acts of said Substitute Trustee heretofore or hereafter performed. Said Substitute Trustee shall, in accordance with the provisions of the deed of trust, succeed to all the title, powers and duties conferred upon the Original Trustee(s) by the terms of said deed of trust and by applicable law.

*109 N Edgewood Street Baltimore MD 21229*

*2275-F*

LIBER 14955 PAGE 311

BC CIRCUIT COURT (Land Records) [MSA CE 164-24109] FMC 14955, p. 0311. Printed 06/30/2013. Online 02/15/2013.

EXHIBIT 1

The following described real estate, together with its improvements, easements and appurtenances thereunto belonging, is located in Baltimore City, Maryland and more particularly described as follows:

**See attached legal description of subject property**

At the time of the execution of the Deed of Trust, this property was reported to have an address of: 109 N. Edgewood Street, Baltimore, MD 21229

Executed this 6th day of November, 2012.

        WELLS FARGO BANK, NA

        _Erinn T. Rochelle_
        Erinn T. Rochelle
        Vice President of Loan Documentation
        WELLS FARGO BANK, NA
        11/06/2012

State of South Carolina
County of York

The foregoing instrument was acknowledged before me this 6th day of November, 2012, by Erinn T. Rochelle, Vice President of Loan Documentation of Wells Fargo Bank, N.A., a national banking association, on behalf of the association.

_[signature]_
Notary Public
My commission expires: 12-04-2016

> LISA F. HAYES
> Notary Public, South Carolina
> My Commission Expires
> December 04, 2016

THIS IS TO CERTIFY that the within instrument was prepared by or under the supervision of the undersigned, an Attorney duly admitted to practice before the Court of Appeals of Maryland.

        _Robert E. Frazier_
        Robert E. Frazier, Esquire

Prepared By: Samuel I. White, P.C.
**AFTER RECORDATION RETURN TO:**
Samuel I. White, P.C.
5040 Corporate Woods Drive, Ste 120
VA Beach, VA 23462

LIBER 14955 PAGE 312

## LEGAL DESCRIPTION

Beginning for the same on the southeast side of Edgewood Street at a point distant 89.26 feet northeasterly from the corner or intersection formed by the northeast side of Caton Avenue and the southeast side of Edgewood Street, said point of beginning being also at a point in line with the center line of a partition wall erected between the house on the lot now being described and the house on the lot adjoining thereto on the southwest; and running thence northeasterly and binding on the southeast side of Edgewood Street 19.5 feet to a point in line with the center line of another partition wall erected between the house on the lot now being described and the house on the lot adjoining thereto on the northeast; thence running to and through the center of said second mentioned partition wall and at about right angles to Edgewood Street 90 feet to the northwest side of a said 15 foot alley with the use thereof in common with others 19.5 feet to a point in line with the center line of the partition wall first herein mentioned; and thence running northwesterly to and through the center of said first mentioned partition wall 90 feet to the place of beginning. The improvements thereon being known as No. 109 Edgewood Street (a/k/a 109 North Edgewood Street).

2275-F

LIBER 14955 PAGE 313

LIBER 14955 PAGE 314

RECEIVED FOR RECORD
CIRCUIT COURT FOR
BALTIMORE CITY

2013 FEB 12  A 9 38

2275-F

U01 058

40
20
10

BC CIRCUIT COURT (Land Records) [MSA CE 164-24109] FMC 14955, p. 0314, Printed 06/30/2013. Online 02/15/2013.