Circuit Court of Maryland

Go Back

## Case Information

Court System: **Circuit Court for Baltimore City - Civil System**
Case Number: **24O13000528**
Title: **John E Driscoll III vs Renee L McCray**
Case Type: **Foreclosure**   Filing Date: **02/12/2013**
Case Status: **Open/Active**

## Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff**   Party No.: **1**
Name: **Driscoll III, John E**

*Attorney(s) for the Plaintiff/Petitioner*
Name: **Harris, Esq, Laura D**
Appearance Date: **02/12/2013**
Practice Name:
Address: **5040 Corporate Woods Dr.**
**Suite 120**
City: **Virginia Beach**   State: **VA**   Zip Code: **23462**

## Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant**   Party No.: **1**
Name: **McCray, Renee L**
Address: **109 N Edgewood St**
City: **Baltimore**   State: **MD**   Zip Code: **21229**

## Related Persons Information

*(Each Related person is displayed below)*
Party Type: **Property Address**   Party No.: **1**
Business or Organization Name: **109 N Edgewood St Balto,md 21229($62,068.39)**

Party Type: **Trustee**   Party No.: **1**
Name: **Driscoll III, John E**

Party Type: **Trustee**   Party No.: **2**
Name: **Frazier, Robert E**

Party Type: **Trustee**   Party No.: **3**
Name: **Gantt, Jana M**

EXHIBIT 2

Party Type: **Trustee**  Party No.: **4**
Name: **Harris, Laura D**

Party Type: **Trustee**  Party No.: **5**
Name: **Lane, Kimberly**

Party Type: **Trustee**  Party No.: **6**
Name: **Reynolds, Deena L**

## Document Tracking

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

Doc No./Seq No.: **1/0**
File Date: **02/12/2013**  Close Date:   Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Order to Docket Suit with deed of trust and affidavit**

Doc No./Seq No.: **1/1**
File Date: **03/19/2013**  Close Date: **03/19/2013**  Decision: **Approved**
Document Name: **Order Finding that Foreclosure Action May Proceed**

Doc No./Seq No.: **1/2**
File Date: **03/19/2013**  Close Date:   Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **2/0**
File Date: **02/12/2013**  Close Date: **02/15/2013**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Preliminary Loss Mitigation Analysis**

Doc No./Seq No.: **3/0**
File Date: **02/12/2013**  Close Date:   Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Statement of Mortgage Debt($62,068.39)**

Doc No./Seq No.: **4/0**
File Date: **02/12/2013**  Close Date:   Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Affidavit - Non-Military**

Doc No./Seq No.: **5/0**
File Date: **02/12/2013**  Close Date:   Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Deed of Appointment of substitute trustee**

Doc No./Seq No.: **6/0**

File Date: **02/12/2013** Close Date: Decision:
Party Type: **Plaintiff** Party No.: **1**
Document Name: **Affidavit certifying ownership of debt instrument**
**Federal Home Loan Mortgage Corp**

Doc No./Seq No.: **7/0**
File Date: **02/12/2013** Close Date: Decision:
Party Type: **Plaintiff** Party No.: **1**
Document Name: **Notice of intent to foreclose(Mortgage Loan Default)**

Doc No./Seq No.: **8/0**
File Date: **02/12/2013** Close Date: Decision:
Party Type: **Plaintiff** Party No.: **1**
Document Name: **Notice of foreclosure action**

Doc No./Seq No.: **9/0**
File Date: **02/28/2013** Close Date: Decision:
Party Type: **Plaintiff** Party No.: **1**
Document Name: **Affidavit of Good Faith Attempts**
**POSTED 109 N. EDGEWOOD STREET, BALTIMORE MD 21229 TO SERVE RENEE L. MCCRAY, ON FEBRUARY 21, 2013 AT 7:16PM.**

Doc No./Seq No.: **10/0**
File Date: **02/28/2013** Close Date: Decision:
Party Type: **Plaintiff** Party No.: **1**
Document Name: **Affidavit of Mailing**
**MAILED PAPERS TO RENEE L. MCCRAY AT 109 N. EDGEWOOD STREET BALTIMORE MD 21229, ON FEBRUARY 25, 2013.**

Doc No./Seq No.: **11/0**
File Date: **02/28/2013** Close Date: Decision:
Party Type: **Plaintiff** Party No.: **1**
Document Name: **Affidavit of Mailing Notice to Occupant by First Class Mail.**
**ALL OCCUPANTS 109 N. EDGEWOOD STREET BALTIMORE MD 21229 MAILED 2/19/2013.**

Doc No./Seq No.: **12/0**
File Date: **03/08/1973** Close Date: Decision:
Party Type: **Defendant** Party No.: **1**
Document Name: **Notice of Dispute**

Doc No./Seq No.: **13/0**
File Date: **03/08/2013** Close Date: **04/04/2013** Decision: **Denied**
Party Type: **Defendant** Party No.: **1**
Document Name: **Motion for Enlargement of Time**
**pull date 3/29/13**

Doc No./Seq No.: **13/1**
File Date: **04/04/2013** Close Date: Decision:
Document Name: **Order of Court**
**ORDERED THAT THE MOTION BE, AND THE SAME HEREBY IS, DENIED. AN ORDER TO DOCKET IS NOT A COMPLAINT, AND AN ANSWER IS NOT APPROPRIATE.**

Doc No./Seq No.: **13/2**
File Date: **04/04/2013**  Close Date:   Decision:
Document Name: **Copies Mailed TO ALL INTRESTED PARTIES**

Doc No./Seq No.: **14/0**
File Date: **03/20/2013**  Close Date:   Decision:
Document Name: **Affidavit of Service**

Doc No./Seq No.: **15/0**
File Date: **05/01/2013**  Close Date:   Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Motion/Request for Foreclosure Mediation**

Doc No./Seq No.: **16/0**
File Date: **05/01/2013**  Close Date:   Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Request for Waiver of Foreclosure Mediation Costs**

Doc No./Seq No.: **17/0**
File Date: **05/06/2013**  Close Date:   Decision:
Document Name: **Ordered the request is granted in part and theat the borrower shall pay the following portion of the fee. $25.00 with (10) days from the date of this Order. (Pierson, J)**

Doc No./Seq No.: **17/1**
File Date: **05/06/2013**  Close Date:   Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **18/0**
File Date: **05/20/2013**  Close Date:   Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Motion/Request for Foreclosure Mediation**

Doc No./Seq No.: **19/0**
File Date: **06/26/2013**  Close Date: **06/26/2013**  Decision:
Document Name: **Foreclosure Mediation Concluded Agreement Not Reached (Failed)**

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*