# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

_FILED _____ ENTERED
_LOGGED _____ RECEIVED

JUL 16 2013

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| **RENEE L. MCCRAY** | } | |
| *Plaintiff,* | } | |
| vs. | } | Civil Action No.: GLR-13-CV-1518 |
| **FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.** | } | |
| | } | |
| *Defendants* | } | |
| | } | |
| | } | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS WELLS FARGO BANK, N.A., FEDERAL HOME LOAN MORTGAGE CORPORATION, SAMUEL I WHITE, P.C. AND JOHN E. DRISCOLL, II, ET AL., MOTIONS TO DISMISS

**TO THE HONORABLE JUDGE OF THIS COURT:**

COME NOW the Plaintiff, Renee L. McCray, files this Motion for Extension of Time to respond to Defendants Motions to Dismiss for reasons stated as follows:

1. The Defendants have filed lengthy motions to dismiss.

2. Due to Plaintiff's medical disability, Plaintiff cannot use computer for long periods of time.

3. Plaintiff can only perform legal research on weekends.

4. Due to Plaintiff being pro se without staff or legal assistance to assist and there are two motions Plaintiff have to response to, Plaintiff request a 21 day extension of time to respond to Defendants Motions to Dismiss.

5. This is Plaintiff's first application for extension of time in this case.

**WHEREFORE**, the Plaintiff respectfully requests the court allow Plaintiff additional time to respond as requested.

Respectfully Submitted,

*/s/ Renee L. McCray*
Renee L. McCray
109 Edgewood Street
Baltimore, MD 21229
(410) 945-2424
rlmccray@yahoo.com

Defendants Counsel:

Michael S. Barranco
TREANOR POPE & HUGES, P.A.
500 York Road
Towson, MD 21204

Robert H. Hillman
Daniel J. Pesachowitz
611 Rockville Pike
Suite 100
Rockville, MD 20852

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document above has been sent to the following listed below by USPS First Class Mail.

Michael S. Barranco
TREANOR POPE & HUGES, P.A.
500 York Road
Towson, MD  21204

Robert H. Hillman
Daniel J. Pesachowitz
611 Rockville Pike
Suite 100
Rockville, MD  20852

Dated: July 15, 2013

*Renee L. McCray*
Renee L. McCray