

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Renee L. McCray        }
       }
    *Plaintiff,*      }
       }
vs.        }     Civil Action No.:  GLR-13-CV-1518
       }
Federal Home Loan Mortgage    }
Corporation et al.      }
       }
    *Defendants*     }

## AFFIDAVIT OF TRUTH

The undersigned Affiant, Renee L. McCray, does solemnly declare under penalty of perjury and state as follows:

1.  Affiant is competent to state the matters set forth herein.

2.  Affiant has first hand knowledge of the facts stated herein.

3.  All the facts herein are true, correct and admissible as evidence, and if called upon as a witness, Affiant will testify to their veracity.

## Plain Statement of Facts

4.  Defendants alleged to have sent Affiant validation of the alleged debt in their letter dated December 3, 2012 sent via Regular Mail and Certified Mail #7010 1610 0000 9045 8961. Affiant never received Defendant's alleged letter sent via Regular Mail or Certified Mail as stated in the complaint.

5.  Affiant searched the United States Postal Service (USPS) website in order to track USPS records concerning Certified Mail #7010 1610 0000 9045 8961.  Affiant could not find a record for the Certified Mail #7010 1610 0000 9045 8961.

6.  On Monday, July 8, 2013 Affiant contacted USPS Consumer Affairs Office to inquire about the tracking number for Defendant's Exhibit 4.  Affiant spoke with Renee Morant, Consumer Affairs Associate who was not able to find any information for Certified Mail #7010 1610 0000 9045 8961 on the USPS intranet or internet for tracking.  Ms. Morant also informed the Affiant that there was no active archive information to recover for #7010 1610 0000 9045 8961.

7.  Affiant never received a response from Samuel I. White, PC concerning the October 6, 2012 correspondence.

I, Renee L. McCray, Affiant being of sound mind, having first-hand knowledge, affirm, state and declare that the facts contained herein are true, correct, complete and not misleading, under penalties of perjury.

Signed: _Renee L. McCray_ 7/19/13

Renee L. McCray, Affiant

**JURAT**

State of Maryland }
                 } ss:
City of Baltimore }


Subscribed and sworn to (or affirmed) before me on this _____ day of July 2013 by Renee L. McCray, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____

Notary


(seal)


AFFIDAVIT OF TRUTH

Page 2 of 2