# EXHIBIT "G"

IN THE CIRCUIT COURT FOR
FOR BALTIMORE CITY

| | |
|---|---|
| John E. Driscoll, III )<br>Robert E. Frazier )<br>Jana M. Gantt )<br>Laura D. Harris )<br>Kimberly Lane )<br>Deena L. Reynolds )<br>611 Rockville Pike Suite 100 )<br>Rockville, Maryland 20852 )<br>  )<br>Substitute Trustees, Plaintiffs )<br>  )<br>v.  )<br>  )<br>RENEE L. MCCRAY )<br>109 Edgewood Street )<br>Baltimore, MD  21229 )<br>Defendant(s) )<br>  ) | Case Number: 24013000528 |

## NOTICE OF DISPUTE

Defendant, RENEE L. MCCRAY (the "Consumer"), pursuant to 15 USC § 1692g(b), give notice that:

1. The debt, or a portion thereof, is disputed.

2. The consumer requests verification of the debt

3. The Consumer requests the name and address of the original creditor.

4. The Consumer requests validation of the debt, to wit, the chain of title to the debt and a history of charges and payments thereon.

## CERTIFICATE OF SERVICE

I certify that a copy of hereof has been furnished to all parties listed below by the method indicated for each party.

Done this 8th day of March 2013

EXHIBIT G
Page 1 of 2

Page 1 of 2

TO:     John E. Driscoll, III
           Robert E. Frazier
           Jana M. Gantt
           Laura D. Harris
           Kimberly Lane
           611 Rockville Pike
           Suite 100
           Rockville, Maryland  20852
           **via Certified Mail #:  7010 2780 0003 7000 6175**

Respectfully submitted,

_[signature]_

Renee L. McCray, Defendant