# EXHIBIT "H"

Renee L. McCray
109 Edgewood Street
Baltimore, MD 21229
**CERTIFIED MAIL #7010 2780 0003 7000 6281**

May 25, 2013

Office of Administrative Hearings
11101 Gilroy Road
Hunt Valley, MD 21031
Attn: ForeclosureUnit

Re: Case FM-CITY 01-13-17010
   McCray, Renee L.
   24013000528

To Whom It May Concern:

I am in receipt of your packaged for Foreclosure Mediation. The package is requesting that I fill out information for a loan modification. I am not seeking a loan modification, I am requesting Mediation. I thought Mediation would be an opportunity to meet with the lender to resolve the foreclosure issue. This is written notification I misunderstood the "Request for Foreclosure Mediation" application. I believed I was checking "other alternative to a foreclosure sale of my home." In your package, you sent a notice that Mediation has been scheduled for Wednesday, June 26, 2013 at 9:00 a.m. at your office in Hunt Valley, MD. I do plan to attend.

If you have any questions concerning this correspondence, please contact me in writing at the address list above.

Thanking you in advance for your cooperation.

Sincerely,

Renee L. McCray


Cc: Samuel I White, P.C.
   5040 Corporate Wood Drive
   Suite 120
   Virginia Beach, VA 23462-4377

Renee L. McCray
109 Edgewood Street
Baltimore, MD 21229
**CERTIFIED MAIL # 7010 2780 0003 7000 6298**

June 5, 2013

Robert Blohm
Home Preservation Specialist
Wells Fargo Home Mortgage
P.O. Box 10368
Des Moines, IA 50306-0368

RE: Mediation

Dear Mr. Blohm:

I am in receipt of your letter dated May 28, 2013 concerning "mediation or court order process". Although I agreed to Mediation, I am still waiting for a response from Wells Fargo concerning the letter I sent to Kelsey Alvarez, Executive Mortgage Specialist dated April 8, 2013 (copy enclosed) to be answered point by point in order for preparation for the Mediation Meeting on Wednesday, June 26, 2013.

I am also enclosing a copy of the February 25, 2013 letter that was sent to Samuel I. White, P.C., John E. Driscoll, III, et al., and Federal Home Loan Mortgage Corporation in which Wells Fargo should have a copy. I would also like a response from Wells Fargo point by point before the mediation date.

Thanking you in advance for your cooperation.

Regards,

/s/Renee L. McCray


Enclosure:

Letter Dated April 8, 2013

Letter Dated February 25, 2013