McCray v. Federal Home Loan Mortgage Corporation, et al.
GLR-13-CV-1518

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing documents has been sent to the following listed below by USPS First Class Mail on July 15, 2013.

1) Plaintiff's Motion for Extension of Time to Respond to Defendants Wells Fargo Bank, N.A., Federal Home Loan Mortgage Corporation, Samuel I White, PC and John E. Driscoll, II, et. al., Motion to Dismiss

**Copies Mailed To:**

Robert H. Hillman
Daniel J. Pesachowitz
611 Rockville Pike
Suite 100
Rockville, MD 20852

Michael S. Barranco
TREANOR POPE & HUGES, P.A.
500 York Road
Towson, MD 21204

Dated: July 23, 2013

Renee L. McCray

McCray v. Federal Home Loan Mortgage Corporation, et al.
GLR-13-CV-1518

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing documents has been sent to the following listed below by USPS First Class Mail on July 20, 2013.

1) Emergency Motion - Plaintiff's Motion for Extension of Time to Respond to Defendants Wells Fargo Bank, N.A., Federal Home Loan Mortgage Corporation Motion to Dismiss

**Copies Mailed To**:

Michael S. Barranco
TREANOR POPE & HUGES, P.A.
500 York Road
Towson, MD  21204

Dated:  July 23, 2013

_Renee L. McCray_
Renee L. McCray