FILED _____ RECEIVED
_____ LOGGED _____
JUL 24 2013
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

McCray v. Federal Home Loan Mortgage Corporation, et al.
GLR-13-CV-1518

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing documents has been sent to the following listed below by USPS Certified Mail #7010 2780 0003 7000 6366 on July 20, 2013.

1) Plaintiff's Motion in Opposition to Samuel I White and Substitute Trustees Motion to Dismiss Amended Complaint
2) Affidavit of Truth
3) Exhibits

**Copies Mailed To**:

Robert H. Hillman
Daniel J. Pesachowitz
611 Rockville Pike
Suite 100
Rockville, MD  20852


Dated:  July 23, 2013

_Renee L. McCray_
Renee L. McCray

**UNITED STATES POSTAL SERVICE**

Date: July 22, 2013

Renee McCray:

The following is in response to your July 22, 2013 request for delivery information on your Certified Mail™ item number 70102780000370006366. The delivery record shows that this item was delivered on July 22, 2013 at 11:20 am in ROCKVILLE, MD 20852. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service