

Renee McCray
109 Edgewood St.
Baltimore, MD 21229

BALTIMORE MD 212

23 JUL 2013 PM 7 L

HENCEFORWARD SHALL BE FREE
EMANCIPATION PROCLAMATION
ABRAHAM LINCOLN
1863
FOREVER • • • USA

U.S. District Court of Maryland
101 W. Lombard Street
Baltimore, MD 21201
Attn: Clerk's Office

21201262915