# EXHIBIT
# "I"

WELLS FARGO HOME MORTGAGE
RETURN MAIL OPERATIONS
PO BOX 10368
DES MOINES IA 50306-0368



06/23/11

|ᐧ||ᐧ||ᐧ||ᐧ||ᐧ||||ᐧᐧ||||ᐧ||ᐧᐧᐧᐧᐧ||ᐧ|||ᐧᐧᐧ||ᐧ||ᐧ||ᐧ||ᐧ||ᐧ|||||ᐧᐧ||ᐧ|ᐧᐧ||

1MB          02674/002730/005714 0009   1 ACNYRAWC135 708

RENEE L MCCRAY
109 N EDGEWOOD STREET
BALTIMORE, MD  21229-3021

<table>
<tr><td colspan="2"><strong>Account Information</strong></td></tr>
<tr><td>Online:</td><td>yourwellsfargomortgage.com</td></tr>
<tr><td>Fax:</td><td>(866) 278-1179</td></tr>
<tr><td>Telephone:</td><td>(866) 234-8271</td></tr>
<tr><td>Correspondence:</td><td>PO Box 10335<br>Des Moines, IA 50306</td></tr>
<tr><td>Hours of operation:</td><td>Mon - Fri, 6 AM -10 PM<br>Sat, 8 AM - 2 PM CT</td></tr>
<tr><td>Loan number:</td><td>0199507104</td></tr>
<tr><td>Property address:</td><td>109 N Edgewood Street<br>Baltimore MD 21229</td></tr>
</table>

Subject: Request for mortgage account update or change

Dear Renee L McCray:

As you have instructed, we have taken the necessary steps to cease all telephone calls. This will be effective for the life of the loan, or until you remove or rescind this request.

If you are currently pursuing, or find yourself in need of mortgage payment assistance, your request to cease this type of communication may affect our ability to efficiently work with you. You will need to maintain future contact with us.

Under the Fair Debt Collection Practices Act (FDCPA) we may notify you in the event that we are invoking remedies to collect your debt, which include but are not limited to the acceleration of the debt.

If you need further assistance, please contact us. We're happy to have you as our customer and look forward to helping you with your financial needs.

Sincerely,

Kathleen Duff
Written Customer Contact
Wells Fargo Home Mortgage




062311WC1350001V

WFM307P

WC135 708

002730/005714 ACNYRA S1-FT-M1-C001

EXHIBIT I
Page 1 of 1