McCray v. Federal Home Loan Mortgage Corporation, et al.
GLR-13-CV-1518

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing documents has been sent to the following listed below by USPS Certified Mail #7010 2780 0003 7000 6380 on August 1, 2013.

1) Plaintiff's Motion in Opposition to Federal Home Loan Mortgage Corp., et al. Motion to Dismiss Amended Complaint
2) Affidavit of Truth
3) Exhibits

**Copies Mailed To:**

Michael S. Barranco
Treanor Pope & Hughes, PA
500 York Road
Towson, MD  21204

Dated:  August 6, 2013

Renee L. McCray

**UNITED STATES POSTAL SERVICE**

___ FILED    ___ ENTERED
___ LOGGED   ___ RECEIVED

AUG 08 '13

CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                    DEPUTY
BY ___

Date: August 3, 2013

Renee McCray:

The following is in response to your August 3, 2013 request for delivery information on your Certified Mail™ item number 70102780000370006380. The delivery record shows that this item was delivered on August 2, 2013 at 12:45 pm in TOWSON, MD 21204. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service