# EXHIBIT "E"

CONSUMER AFFAIRS


UNITED STATES
POSTAL SERVICE

July 8, 2013

Ref: Ms. Renee McCray
109 N Edgewood St
Baltimore MD 21229-3021

Case #CA113735087

To Whom It May Concern:

Please be advised that Ms. McCray filed an inquiry with the US Postal Service, Consumer Affairs Office via telephone today, in regards to status of Certified #7010 1610 0000 9045 8961.

Unfortunately no information is available on either our intranet or internet system for tracking/label number provided. And since system does not list any information, archiving any scans, if they were previously listed, is not an option.

As a matter of courtesy this letter is being provided to Ms. McCray to use should she experience problems with mailers/creditors. Past experience has shown that many will willingly review their customer's file and often waive any penalty or late fees when it is apparent that delivery problems were not the fault of the customer.

Please accept our sincere apology for any inconvenience caused in this matter. We assure you that our mission is to promptly and correctly deliver all mail entrusted to us. We will continue our efforts to meet this challenge. Please contact the undersigned should further assistance be required. I can be reached Monday through Friday, 9:00am to 3:30pm, on (410) 347-4330.

Sincerely,

*Renee Morant*

Renee Morant
Consumer Affairs Associate

900 E FAYETTE STREET ROOM 109C
BALTIMORE MD 21233-9631
(410) 347-4330
FAX: (410) 347-4423