# EXHIBIT "O"

Renee L. McCray
109 Edgewood Street
Baltimore, MD 21229

August 14, 2013

Robert H. Hillman
Daniel J. Pesachowitz
611 Rockville Pike
Suite 100
Rockville, MD 20852

Re: Motion to Strike – Requesting Sanction

Dear Mr. Hillman and Pesachowitz:

I am the Plaintiff in Federal Court Case No. GLR-13-CV-1518 – MCCRAY v. FEDERAL HOME LOAN MORTGAGE CORPORATION, ET AL.

In your Motion to Dismiss the complaint, you entered Exhibit "4" a letter dated December 3, 2012 which you alleged was sent by "Regular and Certified Mail." You are in receipt of the Motion in Opposition with the Exhibit "E" a letter from Renee Morant, Consumer Affairs Associate with USPS stating no record of your "Certified Mail 7010 1610 0000 9045 8961" disclaiming your assertion of validation along with the Affidavit of Truth.

This letter is notification that if you do not remove your Exhibit "4" from the record, I will be filing a Motion to Strike and requesting sanctions from the Court for filing a fraudulent document into the Court records. You have five (5) days to remove the Exhibit before I file the Motion.

Please let me know your decision no later than Monday, August 19th via email at: rlmccray@yahoo.com.

Sincerely,

/s/Renee L. McCray

SENT: via Fax (301) 838-1954 and Regular Mail

**Subject:** Failure Notice
**From:** MAILER-DAEMON@yahoo.com (MAILER-DAEMON@yahoo.com)
**To:** rlmccray@yahoo.com;
**Date:** Wednesday, August 14, 2013 3:33 PM

Sorry, we were unable to deliver your message to the following address.

<rhillman@siwpc.com>:
Remote host said: 550 No such user (rhillman@siwpc.com) [RCPT_TO]

--- Below this line is a copy of the message.

Received: from [98.137.12.55] by nm22.bullet.mail.gq1.yahoo.com with NNFMP; 14 Aug 2013 20:33:11 -0000
Received: from [98.137.12.248] by tm15.bullet.mail.gq1.yahoo.com with NNFMP; 14 Aug 2013 20:33:11 -0000
Received: from [127.0.0.1] by omp1056.mail.gq1.yahoo.com with NNFMP; 14 Aug 2013 20:33:11 -0000
X-Yahoo-Newman-Property: ymail-5
X-Yahoo-Newman-Id: 774397.38889.bm@omp1056.mail.gq1.yahoo.com
Received: (qmail 22414 invoked by uid 60001); 14 Aug 2013 20:33:11 -0000
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s1024; t=1376512391; bh=LRlv0gS3mtJrvTQL6EfWBgTo+mF8uqLglaHuFrFrKx4=; b=X-YMail-OSG:Received:X-Rocket-MIMEInfo:X-Mailer:Message-ID:Date:From:Reply-To:Subject:To:MIME-Version:Content-Type;
b=TV5XYKcYVvNGVSNL/8l9DT3B13vC1VnBjBUXn5tgtMX4IFR9I1+7hzVv4wGWMwM53qS7CZ1dHb7qcXa566e1hZKm1WYGZk2GPRtfUtirKy37IVJJjOi2TXqKoaxbIbixbJXU3VvFvxyQD/zvRmUWXWQUe/UjpIS2pw1bl2pmMg=
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
s=s1024; d=yahoo.com;
h=X-YMail-OSG:Received:X-Rocket-MIMEInfo:X-Mailer:Message-ID:Date:From:Reply-To:Subject:To:MIME-Version:Content-Type;
b=iALsEjQS8sZVK+UWYurC0/uKH9GFqFbvKW0eWhfcp4OjXtVIgbzuam2LsJAYf6lGyu3G9OWFNLhCtVffTPgZnBUShmpBjlfXZmqwiOjNh5mz2EMTbhgPqOethafOk60aUI7bn6sKLRt164mpF0RW0iyE3B4I7W2vPgmQ0q6qlqA=;
X-YMail-OSG: XzVxsWYVMIm2h83hqJ83aG7wx1Jp.ePYza2Kcwa2ZJGxZY5
SaTN6CGK3KMJDfetfKquBZakmPrNairjI9CO_qAjS_0ACLkydQplHwZLTbr8
LkLHcWKyqBVvQGlmH.YVhNN8aKnvJal9j5YXHycptpaSLURj.9OOuHou8R6
JjXZIXNnL3P3DmKQiaz0NqE8oY6IZh3t_0c2OE4aE7hEs_kWuEpWJbndUXfC
jAPQHqz5yCbhN.JQxgvv01C1d4LSAkLmr3m6pV1SAUqVRIAxduhph0sW.iz
zsNGxwgUrZmql6Xdn5jzy4GkPUq9UHHsn2wwQb6RkqQ2IC7FzFQLaYTvWADy
ARHtXO40VImDzlkF919tNn5bk9eudoxZ.DZZzysKniAHgvzHAxSjPwvGCzEB
hEhuw182J.o3cMK1KIU85GlrlIPcoJ6ss6_ctaBlpDipLJ90.HT9zLW0WtlD
zC_8vr2M.FP_oxRwwbUpoMcq65Ei1ULG_sr_hkXJMRLi4Ltom.oeOYdUUPq3
JjfUUdldv
Received: from [71.166.86.146] by web163503.mail.gq1.yahoo.com via HTTP; Wed, 14 Aug 2013 13:33:11 PDT
X-Rocket-MIMEInfo: 002.001,UGxfYXNIIHNlZSB0aGUgYXR0YWNoZWQgbGV0dGVyLgoBMAEBAQE-
X-Mailer: YahooMailWebService/0.8.154.571
Message-ID: <1376512391.16060.YahooMailNeo@web163503.mail.gq1.yahoo.com>
Date: Wed, 14 Aug 2013 13:33:11 -0700 (PDT)
From: Renee Mccray <rlmccray@yahoo.com>
Reply-To: Renee Mccray <rlmccray@yahoo.com>
Subject: Motion to Strike - Sanction
To: "rhillman@siwpc.com" <rhillman@siwpc.com>,
"dpeascho@siwpc.com" <dpeascho@siwpc.com>
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="48240482-1798389384-1376512391=:16060"

--48240482-1798389384-1376512391=:16060
Content-Type: multipart/alternative; boundary="48240482-733181420-1376512391=:16060"

--48240482-733181420-1376512391=:16060
Content-Type: text/plain; charset=us-ascii

Please see the attached letter.

--48240482-733181420-1376512391=:16060
Content-Type: text/html; charset=us-ascii

<html><body><div style="color:#000; background-color:#fff; font-family:times new roman, new york, times, serif;font-size:12pt"><div>Please see the attached letter.<br></div></div></body></html>
--48240482-733181420-1376512391=:16060--
--48240482-1798389384-1376512391=:16060
Content-Type: application/msword; name="Ltr. Motion To Strike-Sanctions.doc"
Content-Transfer-Encoding: base64
Content-Disposition: attachment; filename="Ltr. Motion To Strike-Sanctions.doc"

0M8R4KGxGuEAAAAAAAAAAAAAAAAAAAAAPgADAP7/CQAGAAAAAAAAAAAAAAAB
AAAAJQAAAAAAAAAAEAAAJwAAAAEAAAD+////AAAAACQAAAD/////////////
/////////////////////////////////////////
/////////////////////////////////////////
/////////////////////////////////////////
/////////////////////////////////////////
/////////////////////////////////////////
/////////////////////////////////////////
/////////////////////////////////////////
/////////////////////////////////////////
/////////////////////////////////////////
////////////////////spcEANUAJBAAA8BK/AAAAAAAAEAAAAAAABgAA
/gwAAA4AYmpiasSyzzIAAAAAAAAAAAAAAAAAAAAAAAAAJBBYAKBYAAK1YAACt
WAAA/gQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAD//8AAAAAA
AAD//8AAAAAAAAAAAD//8AAAAAAAAAAAAAAAAAAAAAAAIgAAAAADYBAAAA
AAAANgEAADYBAAAAAAAANgEAAAAAAAA2AQAAAAAAADYBAAAAAANgEABQA
AAAAAAAAAAAAAEoBAAAAAAAzgUAAAAAADOBQAAAAAAAM4FAAAAAAAAzgUA
AAwAAAADaBQAAFAAAAEoBAAAAAAACQcAALYAAAD6BQAAAAAAAPoFAAAAAAA
+gUAAAAAD6BQAAAAAAAPoFAAAAAAAPoFAAAAAAAPoFAAAAAAAPoFAAAAAA
AAAiAYAA1AAACKBgAAAAAAIoGAAAAAAAAigYAAAAAACKBgAAAAAAIoG
AAAAAAAAigYAACQAAAC/BwAAUgIAArgYAABUAAAACAJAAAAAAAAAAAAAAA
AAAAAAAANgEAAAAAAAD6BQAAAAAAAAAAAAAAAAAAAAAAAAAAD6BQAA
AAAAAPoFAAAAAAAA+gUAAAAAAAK4GAAAAAAAAK4GAAAAAAAAAAAAAAAA2
AQAAAAAADYBAAAAAAAAgUAAAAAAA+gUAAAAAAAAAAAAPoFAAAAAAwwYAAYA
AAAwBgAADAAAADAGAAAMAAAAMAYAAAwAAAAwBgAADAAAAMAAAAAMAAAAMAAA
AAAAAAAAMAYAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAA+gUAAAAACIBgAAAAADAGAAAYAAAAMAYAAAAAAAAAAAAAAAAAAAAEgG
AAAAAAAANgEAAAAAAAA2AQAAAAAAADYBAAAAAAAAAAAAAAAAAAAASAYAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAASAYAAAAADBQAA
AAAAAO4FAAAMAAAAAEjKtjWZzrgEAAAAAAAAAM4FAAAAAAABAYAABY2AAAB1
BgAAAAAAAAAAAAAAAAAAAAiAYAAAAADZBgAAMAAAAAAhHAAAAAAAAAASAYAAA
AABICgAAAAAABoGAAAWAAAAZQoAAAAAABIBgAAAAAAAAAAAAAAAAAASgEA
AAAAAABKAQAAAAAAAADYBAAAAAAAAANgEAAAAAAAA2AQAAAAAAADYBAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAGUKAAAAAAAAAAAAAAAAAAAAAAA2AQAAAAAAEgAABA
AAAA+gUAAAAAAADAGAAAAAAAAAADAGAAAAAAAADAGAAAAAAAADAGAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA+gUAAAAAAAD6BQAAAAAA
APoFAAAAAAArgYAAAAAAACuBgAAAAAAAK4GAAAAAAAASgEAQEAADOBQAA
AAAAAAAAAAAAAAAAAAMAYAAAAAAAAAAAAAAAAEoBAAAAAAAEoBAAAAAAAC
AAEBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA

EXHIBIT "O"
Page 2 of 3

**Verizon Message Center**

Wednesday, Aug 14 at 3:43 PM

**From:** RingCentral <service@ringcentral.com>

**To:**   Renee McCray  mccrayr@verizon.net

**Subject:** Fax Message Transmission Result to +1 (301) 838-1954 - Sent

Here are the results of the 2-page fax you sent from your phone number (866) 755-2248:

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| Robert H. Hillman and Daniel J. Pesachowitz | +1 (301) 838-1954 | Wednesday, August 14, 2013 at 04:42 PM | Sent |

Thank you for using RingCentral.