THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | | |
|---|---|---|
| JOHN E. DRISCOLL, III, ESQ., et al | * | |
| Substitute Trustees | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civil Action No. |
| | * | |
| Renee L. McCray | | |
| 109 N Edgewood Street | | |
| Baltimore, MD 21229 | * | |
| Defendant(s) | * | |

### MD. CODE, REAL PROPERTY, § 7-105.1(d)(2)(ii) AND RULE 14-207(b)(2) DEBT AND RIGHT TO FORECLOSE AFFIDAVIT

Affiant is Vice President Loan Documentation, of Wells Fargo Bank, N.A. (hereinafter "Wells Fargo"), the servicer of the mortgage loan that is the subject of the above-styled action. Wells Fargo Bank, N.A., directly or through an agent, has possession of the Promissory Note. Wells Fargo Bank, N.A. is either the original payee of the Promissory Note or the Promissory Note has been duly indorsed. As servicer, Wells Fargo is responsible for the collection of this loan transaction and pursuit of any delinquency in payments. In the regular performance of my job functions, I am familiar with business records maintained by Wells Fargo for the purpose of servicing mortgage loans. These records (which include data compilations, electronically imaged documents, and others) are made at or near the time by, or from information provided by, persons with knowledge of the activity and transactions reflected in such records, and are made and kept in the course of business activity conducted regularly by Wells Fargo. It is the regular practice of Wells Fargo's mortgage servicing business to make these records. I hereby certify, on this 20th day of November, 2012, that Renee L McCray defaulted under the loan documents and Plaintiff has the right to foreclose, and the remaining amount due is

The total amount due on said Note through 11/12/2012 is $62,068.39 which breaks down as follows:

| | |
|---|---|
| Principal | $59,618.00 |
| Interest | |
| From 04/01/2012 to 11/12/2012@5.625% | $2,057.29 |
| Pre-acceleration Late Charges | $19.14 |
| Hazard Insurance Disbursements | $0.00 |
| Tax Disbursements | $373.96 |
| Property Preservation | $0.00 |
| PMI/MIP Insurance | $0.00 |
| Other    (specify charges/fees) | $0.00 |
| | |
| Escrow Balance Credit | $0.00 |
| Credit to Borrower | $0.00 |

001-MD-V7


EXHIBIT
B

Total                                    $62,068.39

Per diem interest in the amount of $9.19 will accrue on the principal from 11/12/2012

I SOLEMNLY AFFIRM, under the penalty of perjury that the contents of the foregoing paper are
true to the best of my knowledge, information and belief.

Wells Fargo Bank, N.A.

*John Smith*

John Smith-Vice President Loan Documentation, Agent of the Secured Party
Wells Fargo Bank, NA
11-20-12

State of North Carolina
County of Mecklenburg

The foregoing instrument was sworn to and subscribed before me this 30th day of
November, 2012, by John Smith, who is
personally known to me.

*Sherita Simpson*

Sherita Simpson
NOTARY PUBLIC, State of North Carolina
My commission expires: 3/29/2014

SHERITA SIMPSON
NOTARY
PUBLIC
MECKLENBURG COUNTY, N.C.

001-MD-V7