# EXHIBIT "P"

Renee L. McCray
c/o 109 Edgewood Street
Baltimore, Maryland 21229
CERTIFIED MAIL #7010 2780 0003 7004 7307

October 6, 2012

SAMUEL I. WHITE, P.C.
5040 Corporate Woods Drive
Suite 120
Virginia Beach, VA 23462

RE: Account #45-027006-12

This letter is lawful notification to SAMUEL I. WHITE, P.C., as the first step of due process of law pursuant to the Bill of Rights and the Federal Constitution, in particular Articles I, IV, V, VII, and IX of the Amendments. Please take Notice that (Renee L. McCray) **CONDITIONALLY ACCEPTS YOUR CLAIM UPON BONA FIDE PROOF (in good faith and without deceit) that your claim is lawful and valid.**

Please take lawful notice that in order to effect this *BONA FIDE PROOF*, SAMUEL I. WHITE, P.C. via a legally authorized representative is lawfully required and hereby demanded to respond point by point in Truth, Fact, and Evidence to each and every item set forth in this correspondence before he or his Authorized Representative can make an offer to settle SAMUEL I. WHITE, P.C.'s alleged claim in this matter.

Please provide the following:

1. A copy of the contract that binds myself, a Natural Person, and SAMUEL I. WHITE, P.C., a creature of the State who is defined as an ARTIFICIAL PERSON.

2. PROOF OF CLAIM via certified, notarized, specific, and relevant documents that SAMUEL I. WHITE, P.C.:

    a. Has any contract or agreement which lawfully compels this Natural Person to accept and/or respond to any communications from SAMUEL I. WHITE, P.C..
    b. Is a lawful and valid party in interest in this matter.
    c. Is not an unrelated third party
    d. Is not an unrelated third party debt collector
    e. Did not purchase this alleged debt for an agreed upon cost from an alleged other COMPANY, CORPORATION, or Party.
    f. Is not acting on its own behalf and/or interests in this instant matter.

Please have your legally authorized representative respond via signed affidavit, under penalty of perjury, and enclose copies of all relevant documents that demonstrate BONA FIDE PROOF OF YOUR CLAIM within 30 days of receipt of this letter, via certified mail.

Your failure to provide a lawfully valid response within 30 days, as stipulated, is SAMUEL I. WHITE, P.C. and their representatives admission to the fact that you have no BONA FIDE PROOF OF CLAIM in this instant matter which is your lawful, legal and binding agreement with and admission to this fact as true, correct, legal, lawful and binding upon you, in any court, anywhere in America, without your protest or objection or that of those who represent you. Your silence is your acquiescence.

All Rights Reserved,

*[signature]*
Renee L. McCray, Authorized Representative



**UNITED STATES POSTAL SERVICE.**

Date: 10/12/2012

RENEE MCCRAY:

The following is in response to your 10/12/2012 request for delivery information on your Certified Mail(TM) item number 7010 2780 0003 7004 7307. The delivery record shows that this item was delivered on 10/11/2012 at 11:32 AM in VIRGINIA BEACH, VA 23462 to J TURNER. The scanned image of the recipient information is provided below.

Signature of Recipient: 

Address of Recipient: 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service