# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **RENEE L. MCCRAY** | } | |
| *Plaintiff,* | } | |
| vs. | } | Civil Action No.: GLR-13-CV-1518 |
| **FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.** | } } | |
| *Defendants* | } } } | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO SAMUEL I. WHITE, P.C. AND SUBSTITUTE TRUSTEES MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

**TO THE HONORABLE JUDGE OF THIS COURT:**

COME NOW Plaintiff, Renee L. McCray, who respectfully request leave of the Court to file the attached Surreply addressing Defendants' motion to dismiss and summary judgment in order to correct several misstatements and distortions of the factual record. The Court should grant the Plaintiff's motion in order to allow the Plaintiff to address and correct these misstatements.

The decision to grant or deny leave to file a surreply is committed to the sound discretion of the court. *American Forest & Paper Ass'n, Inc., v. U.S. Environ. Protection Agency*, No. 93-cv-0694 (RMU)), 1996 WL 509601, *3 (D.D.C. 1996)(granting leave). Granting leave to file a surreply is appropriate when a reply leaves "a party ... 'unable to contest matters presented to the court for the first time.'" *Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003) (citation omitted); *Alexander v. FBI*, 186 F.R.D. 71, 74 (D.D.C. 1998) (granting leave). A surreply may be necessary

whether the new matter is factual or raises new legal arguments. It is particularly appropriate in order to address and correct inaccuracies in a reply memorandum. *See American Forest & Paper*, 1996 WL 506601 at *3.

**WHEREFORE**, Plaintiff respectfully request this Honorable Court enter an order granting leave to file the Plaintiff's surreply annexed to this motion where the facts brought forth therein are material to the issues before this Court.

Dated: September 9, 2013	Respectfully Submitted,

*/s/ Renee L. McCray*
Renee L. McCray
109 Edgewood Street
Baltimore, MD 21229
(410) 945-2424
rlmccray@yahoo.com

### Certificate of Conference

As required by LR 7.1(a) I certify that I have conferred, or made a reasonable attempt to confer, with all other parties which are listed below about the merits of this Motion with the following results:

*/s/ Renee L. McCray*
Renee L. McCray

Defendants Counsel:

Robert H. Hillman
Daniel J. Pesachowitz
611 Rockville Pike
Suite 100
Rockville, MD  20852

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been sent to the parties listed below by USPS First Class Mail (see attached USPS receipt).

Defendants Counsel:

Robert H. Hillman
Daniel J. Pesachowitz
611 Rockville Pike
Suite 100
Rockville, MD  20852

Dated:  September 9, 2013

_____
Renee L. McCray

```
                    CARROLL
              BALTIMORE, Maryland
                   212299998
                 2303830009 -0099
09/09/2013      (800)275-8777      12:20:57 PM

                    Sales Receipt
                      Sale  Unit          Final
Product               Qty   Price         Price
Description

RESTON VA 20190 Zone-1                    $0.46
First-Class Mail Letter
 0.50 oz.
 Scheduled Delivery Day: Wed 09/11/13
*** Return Rcpt                           $1.25
 (Electronic)
 Use label # 70102780000370047405 for
 inquiry on Return Receipt
 (Electronic).
@@ Certified                              $3.10
 Label #:         70102780000370047406
                                         ========
                                          $4.81
 Issue PVI:

ROCKVILLE MD 20852 Zone-1                 $1.52
First-Class Mail Large Env
 3.90 oz.
 Scheduled Delivery Day: Wed 09/11/13
                                         ========
 Issue PVI:                               $1.52

TOWSON MD 21204 Zone-0                    $1.32
First-Class Mail Large Env
 2.10 oz.
 Scheduled Delivery Day: Tue 09/10/13
                                         ========
 Issue PVI:                               $1.32
                                         ────────
Total:                                    $7.65

Paid by:
 Cash                                    $10.00
Change Due:                              -$2.35

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

*** IMPORTANT: For Return Receipt
(Electronic), wait one day, go to
USPS.com; select Track & Confirm; enter
label number(s); select 'Request Return
Receipt (Electronic)'; enter your name and
email address. Please make your request
within 60 days.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*********************************
*********************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*********************************
*********************************


Bill#: 1000100799633
Clerk: 09

    All sales final on stamps and postage
      Refunds for guaranteed services only
          Thank you for your business
*********************************
*********************************
          HELP US SERVE YOU BETTER
```