IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **RENEE L. MCCRAY** | * | |
|     **Plaintiff** | * | |
| v. | * | Civil Action No. GLR-13-CV1518 |
| **WELLS FARGO BANK, N.A.** *et al.* | * | |
|     **Defendants** | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**RESPONSE TO PLAINTIFF'S MOTION
FOR LEAVE TO FILE SUR-REPLY**

    Wells Fargo Bank, N.A. ("Wells Fargo") and Federal Home Loan Mortgage Corporation ("Freddie Mac") herein oppose the Plaintiff's Motion for Leave to File Sur-Reply to Freddy Mac and Wells Fargo's Motion to Dismiss and for Summary Judgment as follows:

    1.    Plaintiff, Renee L. McCray ("McCray"), has filed a Motion for Leave to File a Sur-Reply in response to the Reply Memorandum filed by defendants, pertaining to the pending Motions to Dismiss Complaint filed by Defendants.

    2.    No sur-reply is necessary or appropriate in this instance. Contrary to the assertions in Plaintiff's Motion for Leave, this is not a case where McCray was unable to contest matters presented to the Court for the first time. Rather, a review of McCray's proposed Sur-reply discloses that it is largely a regurgitation of previously made arguments and references to unrelated lawsuits involving the defendants, mentioned in an attempt to simply disparage the defendants. McCray has had a full and fair opportunity to oppose the Motions to Dismiss. It

appears that McCray simply wants to have the last word, regardless of the necessity of additional filings, and without regard to the additional burden being placed on the parties and the Court by such filings.  Even if the Court is inclined to accept the filings, nothing in the Sur-reply affects the pending Motions to Dismiss, and they should be granted.

WHEREFORE, for all the above reasons, Wells Fargo and Freddie Mac request that the Court deny McCray's Motion for Leave to File Sur-Reply..

    /s/ Michael S. Barranco
Michael S. Barranco, Bar No. 04036
TREANOR POPE & HUGHES, P.A.
500 York Road
Towson, Maryland  21204
Tel: (410) 494-7777
Fax: (410) 494-1658
email:  msbarranco@tph-law.com

Attorney for Defendants,
Wells Fargo Bank, N.A.
Federal Home Loan Mortgage Corporation

## CERTIFICATE OF SERVICE

I hereby certify on this 17th day of September, 2013, that a copy of the foregoing Opposition of Wells Fargo Bank, N.A. and Freddie Mac to McCray's Motion for Leave to file Sur-reply was filed via CM/ECF and served by U.S. Mail, postage prepaid, first class to the following:

    Renee L. McCray
    109 Edgewood Street
    Baltimore, Maryland 21229

    /s/ Michael S. Barranco
Michael S. Barranco