```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

RENEE L. MCCRAY,                :

    Plaintiff,              :

v.                              :
                                      Civil Action No. GLR-13-1518
FEDERAL HOME LOAN MORTGAGE      :
CORPORATION, et al.,
                                :
    Defendants.
                                :

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 24th day of January, 2014, hereby ORDERED:

1. McCray's Motion for Leave to File Amended Complaint (ECF No. 35) is GRANTED;

2. McCray's Motion to Strike the SIWPC Defendants' Exhibit 4 and Request for Sanctions (ECF No. 26) is DENIED;

3. McCray's Motions for Leave to File Sur-Reply (ECF Nos. 37, 38) are DENIED;

4. The SIWPC Defendants' Motion to Dismiss the Second Amended Complaint (ECF No. 13) is GRANTED;

5. Wells Fargo and Freddie Mac's Motion to Dismiss Second Amended Complaint (ECF No. 8) is GRANTED in part and DENIED in part.  The Motion is GRANTED as to McCray's FDCPA and TILA claims, and to the extent her RESPA

claim relies on the Notice of Default and seeks damages for emotional distress.  The Motion is DENIED as to what remains of McCray's RESPA claim;

6.   John Does 1-20 are DISMISSED from McCray's TILA claim; and

7.   McCray's Motions for Extension of Time (ECF Nos. 16, 17) are DENIED AS MOOT.

/s/
_____
George L. Russell, III
United States District Judge