McCray v. Federal Home Loan Mortgage Corporation, et al.
GLR-13-CV-1518

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing documents has been sent to the following listed below by USPS First Class Mail on February 6, 2014 (see attached USPS receipt).

1) Plaintiff's Motion to Alter or Amend Judgment or Alternatively for Relief from Judgment

2) Exhibits A-G

**Copies Mailed To:**

Robert H. Hillman
Daniel J. Pesachowitz
611 Rockville Pike
Suite 100
Rockville, Maryland 20852

Michael S. Barrano
Treanor Pope & Hughes, PA
500 York Road
Towson, Maryland 21204

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

FEB - 1 2014

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Dated: February 8, 2014

Renee L. McCray

```
         ARLINGTON POST OFFICE
          BALTIMORE, Maryland
               212159998
            2303830005 -0098
02/06/2014    (410)664-2701     01:57:52 PM
```

|                       | Sales Receipt |       |       |
|-----------------------|-----|---------|-------|
| Product               | Sale| Unit    | Final |
| Description           | Qty | Price   | Price |

TOWSON MD 21204 Zone-0                         $2.68
First-Class Mail Parcel
  4.90 oz.
  Expected Delivery: Fri 02/07/14
  PID #:
  9114901159818472423124
                                               ========
  Issue PVI:                                   $2.68

ROCKVILLE MD 20852 Zone-1                      $2.68
First-Class Mail Parcel
  4.90 oz.
  Expected Delivery: Sat 02/08/14
  PID #:
  9114901159818472423117
                                               ========
  Issue PVI:                                   $2.68

                                               ========
Total:                                         $5.36

Paid by:                                       $10.36
  Cash
Change Due:                                    -$5.00

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
************************************************
************************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
************************************************
************************************************


Bill#: 1000204970049
Clerk: 06

    All sales final on stamps and postage
      Refunds for guaranteed services only
          Thank you for your business
************************************************
************************************************
              HELP US SERVE YOU BETTER

      Go to: https://postalexperience.com/Pos

              TELL US ABOUT YOUR RECENT
                 POSTAL EXPERIENCE

                 YOUR OPINION COUNTS
************************************************
************************************************



                                   Customer Copy



Renee L. McCray
109 N. Edgewood St.
Baltimore, MD 21229

BALTIMORE MD 212

10 FEB 2014 PM 3 L

U.S. District Court of Maryland
101 W. Lombard Street
Baltimore, MD 21201
Attn: Clerk's Office



21201262915