FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 FEB 21 PM 1: 17

CLERK'S OFFICE
AT BALTIMORE

BY____/Lo____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **RENEE L. MCCRAY** | } | |
| *Plaintiff,* | } | |
| vs. | } | Civil Action No.: GLR-13-CV-1518 |
| **FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.** | } | |
| *Defendants* | } | |

## NOTICE OF APPEAL

Notice is hereby given that Renee L. McCray, Plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Order entered in this action on January 24, 2014 (Doc. No. 43) dismissing claims in the above named case.

Respectfully submitted,

2/21/2014
Date

Renee L. McCray
109 Edgewood Street
Baltimore, MD 21229
(410) 945-2424
rlmccray@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Notice of Appeal has been sent to the following listed below by USPS First Class Mail.

Robert H. Hillman
Daniel J. Pesachowitz
611 Rockville Pike
Suite 100
Rockville, Maryland 20852

Michael S. Barranco
TREANOR POPE & HUGHES, P.A.
500 York Road
Towson, Maryland 21204

Dated: February 21, 2014

*Renee L. McCray*
Renee L. McCray