FILED: March 28, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1278

(1:13-cv-01518-GLR)

_____

RENEE L. MCCRAY

      Plaintiff - Appellant

v.

FEDERAL HOME LOAN MORTGAGE CORPORATION; WELLS FARGO BANK, N.A.; SAMUEL I. WHITE, P.C.; JOHN E. DRISCOLL, III; ROBERT E. FRAZIER; JANA M. GANTT; LAURA D. HARRIS; KIMBERLY LANE; DEENA L. REYNOLDS, Substitute Trustees; JOHN DOES, 1-20; WELLS FARGO HOME MORTGAGE, d/b/a America's Servicing Company

      Defendants - Appellees

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:13-cv-01518-GLR |
| Date notice of appeal filed in originating court: | 02/21/2014 |
| Appellant (s) | Renee L. McCray |
| Appellate Case Number | 14-1278 |
| Case Manager | Taline A. Fischer<br>804-916-2704 |