IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RENEE L. McCRAY,     Plaintiff(s)

vs.                                                                    Civil Action Number: GLR-13--1518

WELLS FARGO BANK, N.A., ET,   Defendant(s)

### Request by Court-Appointed Counsel for Reimbursement of Expenses

Name of person represented: Renee L. McCray
Date of appointment: September 3, 2014
Date of judgment or date appointment ended: 12/01/2014

Have you previously applied for reimbursement in this case?
[X] No  [ ] Yes  amount received: _____
If you answered yes, attach copies of all prior applications.

I hereby request reimbursement for the following costs (do NOT include any expenses previously reimbursed):

Deposition expenses (attach invoices or a statement with the deponent's name, date of deposition, number of pages, and per page rate) ..........................................................$_____

Expert, investigative, or other services (attach receipts; and if approved in advance, a copy of the order approving; if not approved in advance explain why)..........................................................$_____

Travel expenses, including tolls, parking, and mileage ..........................................................$_____

Witness fees/Service fees (attach invoices, receipts or copies of checks)..........................................................$_____

Interpreter services (attach invoices or receipts)..........................................................$_____

Copies, photographs, long distance calls, etc. (actual out-of-pocket expenses only, not normal office overhead) ...... (see copies attached) ..........................................................$ 72.30  PACER

Other expenses (attach receipts and a statement describing expenses)..........................................................$_____

TOTAL ..........................................................$ 72.30

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that I have not been compensated or reimbursed for these costs from or on behalf of the client. None of the costs listed represent fees or costs taxed against myself or the client.

/s/ Siobhan R Keenan  1/8/15
Signature of Attorney and Date

Siobhan R. Keenan
Printed Name of Attorney
Baxter, Baker, Sidle, Conn & Jones, PA
Address
120 E. Baltimore St, Suite 2100

Baltimore, MD  21202

Expenses in the amount of _____ are approved.

_____        _____
Date                                                              United States District/Magistrate Judge

Request by Court Appointed Counsel for Reimbursement of Expenses (Rev. 10/2011)

```
BAXTER BAKER SIDLE CONN & JONES, P.A.                                          030018
DATE    : Oct/29/2014
CHE #   : 030018
AMOUNT  : $99.80
ACCOUNT: 2           VENDOR ACCT: BB0374
PAID TO: Pacer Service Center
Acct #2510505
VENDOR NAME: Pacer Service Center
                            INVOICE                    PAYMENT
                       2510505-Q32014     :             99.80

ALLOCATIONS: Matter or <G/L Account>
06302-512    :        10.10 21334-002    :    0.60 20592-289   :       0.20
99990-023    :        72.30 06302-551    :    0.30 <G/L 5600>  :      16.30
```

REORDER FORM #900.81 (1PART)                                  USE WITH COMPANION ENVELOPE #44-830



# INVOICE

Invoice Date: 10/07/2014
Usage From: 07/01/2014   to: 09/30/2014

## Account Summary

| | |
|---|---:|
| **Pages:** | 998 |
| Rate: | $0.10 |
| Subtotal: | $99.80 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $99.80 |
| **Previous Balance:** | $0.00 |
| Current Balance: | $99.80 |

**Total Amount Due:**  $99.80

| | |
|---|---:|
| Account ID: | 2510505 |
| Invoice #: | 2510505-Q32014 |
| Due Date: | 11/08/2014 |
| Amount Due: | $99.80 |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See www.pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My PACER Account** section of the PACER Service Center web site at
**www.pacer.gov**

The PACER Federal Tax ID is:
*74-2747938*

Questions about the invoice?
Visit **www.pacer.gov/billing**



### Enhancements to PACER Administrative Accounts

Enhancements have been made to options under the PAA Maintenance and Usage tabs at pacer.gov (Manage My Account) that include the following:

- The Remove PACER Account from My PAA option now has searchable fields, which allows easier access to the account(s) to be removed from a PAA. You can search by the 7-digit account number, contact name, or status of an account.
- A Download List of All My PACER Accounts option is now available for easy viewing of all accounts. Under this option, there is a pipe delimited format option for raw data, and a comma separated format option for a spreadsheet.
- New options for zipping usage reports allow for quicker downloading times.

In addition, new FAQs for PAA-related questions are located under the PACER tab at https://www.pacer.gov/psc/faq.html. Also, an updated PAA User Manual can be downloaded at www.pacer.gov/documents/paausermanual.pdf.




BILLING HISTORY                                                                Close

Detailed Transaction Report by Date
All Courts
from 07/01/2014 to 09/30/2014

Wed Oct 29 12:00:47 CDT 2014
bb0374

Back    New Search

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 07/09/2014 | 13:07:32 | 1 | MDDC | 06302-512 | SEARCH | LAST NAME: JAWORSKI | $0.10 |
| 07/09/2014 | 13:07:41 | 1 | MDDC | 06302-512 | HISTORY/DOCUMENTS | 1:14-CV-00972-JFM | $0.10 |
| 07/09/2014 | 13:07:51 | 5 | MDDC | 06302-512 | IMAGE14-0 | 1:14-CV-00972-JFM DOCUMENT 14-0 | $0.50 |
| 07/09/2014 | 13:09:03 | 1 | MDDC | 06302-512 | HISTORY/DOCUMENTS | 1:14-CV-00972-JFM | $0.10 |
| 07/09/2014 | 13:09:18 | 2 | MDDC | 06302-512 | IMAGE7-0 | 1:14-CV-00972-JFM DOCUMENT 7-0 | $0.20 |
| 07/09/2014 | 13:10:00 | 1 | MDDC | 06302-512 | ATTORNEY LIST | 1:14-CV-00972-JFM | $0.10 |
| 07/09/2014 | 15:07:53 | 2 | MDDC | 06302-512 | DOCKET REPORT | 1:14-CV-00972-JFM | $0.20 |
| 07/09/2014 | 15:10:00 | 10 | MDDC | 06302-512 | IMAGE2-0 | 1:14-CV-00972-JFM DOCUMENT 2-0 | $1.00 |
| 07/09/2014 | 15:10:23 | 2 | MDDC | 06302-512 | IMAGE3-0 | 1:14-CV-00972-JFM DOCUMENT 3-0 | $0.20 |
| 07/09/2014 | 15:10:39 | 2 | MDDC | 06302-512 | IMAGE4-0 | 1:14-CV-00972-JFM DOCUMENT 4-0 | $0.20 |
| 07/09/2014 | 15:10:55 | 1 | MDDC | 06302-512 | IMAGE5-0 | 1:14-CV-00972-JFM DOCUMENT 5-0 | $0.10 |
| 07/09/2014 | 15:11:15 | 4 | MDDC | 06302-512 | IMAGE6-0 | 1:14-CV-00972-JFM DOCUMENT 6-0 | $0.40 |
| 07/09/2014 | 15:12:58 | 5 | MDDC | 06302-512 | IMAGE8-0 | 1:14-CV-00972-JFM DOCUMENT 8-0 | $0.50 |
| 07/09/2014 | 15:13:44 | 2 | MDDC | 06302-512 | IMAGE10-0 | 1:14-CV-00972-JFM DOCUMENT 10-0 | $0.20 |
| 07/09/2014 | 15:14:15 | 2 | MDDC | 06302-512 | IMAGE13-0 | 1:14-CV-00972-JFM DOCUMENT 13-0 | $0.20 |
| 07/09/2014 | 15:19:54 | 6 | MDDC | 06302-512 | IMAGE15-0 | 1:14-CV-00972-JFM DOCUMENT 15-0 | $0.60 |
| 07/09/2014 | 15:23:41 | 3 | MDDC | 06302-512 | IMAGE16-0 | 1:14-CV-00972-JFM DOCUMENT 16-0 | $0.30 |
| 07/09/2014 | 15:24:04 | 2 | MDDC | 06302-512 | DOCKET REPORT | 1:14-CV-00972-JFM | $0.20 |
| Subtotal: | | 52 | | pages | $5.20 | | |
| | | 0 | | audio files ($2.40 ea) | $0.00 | | |
| | | | | | $5.20 | | |
| 07/21/2014 | 17:55:05 | 1 | VAWDC | 21334-002 MATHUR | SEARCH | LAST NAME: MATHUR FIRST NAME: KRISHAN | $0.10 |


| Date | Time | Pages | Court | Client | Type | Description | Cost |
|---|---|---|---|---|---|---|---|
| 07/21/2014 | 17:55:31 | 1 | VAEDC | 21334-002 MATHUR | SEARCH | LAST NAME: MATHUR FIRST NAME: KRISHAN | $0.10 |
| 07/21/2014 | 18:00:50 | 1 | MDDC | 21334-002 MATHUR | SEARCH | LAST NAME: MATHUR FIRST NAME: KRISHAN | $0.10 |
| 07/21/2014 | 18:00:57 | 1 | MDDC | 21334-002 MATHUR | HISTORY/DOCUMENTS | 8:94-CV-03289-PJM | $0.10 |
| 07/21/2014 | 18:01:12 | 1 | MDDC | 21334-002 MATHUR | SEARCH | LAST NAME: MATHUR FIRST NAME: KRISHAN | $0.10 |
| 07/21/2014 | 18:01:20 | 2 | MDDC | 21334-002 MATHUR | DOCKET REPORT | 8:14-CR-00103-PWG | $0.20 |
| Subtotal: | | 7 | pages | | | $0.70 | |
| | | 0 | audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $0.70 | |
| 07/22/2014 | 07:55:34 | 10 | MDDC | | DOCKET REPORT | 1:13-CV-00933-WDQ | $1.00 |
| Subtotal: | | 10 | pages | | | $1.00 | |
| | | 0 | audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $1.00 | |
| 07/31/2014 | 12:30:49 | 5 | MDDC | 06302-512 | IMAGE17-1 | 1:14-CV-00972-JFM DOCUMENT 17-1 | $0.50 |
| 07/31/2014 | 12:37:50 | 1 | MDDC | 06302-512 | IMAGE17-2 | 1:14-CV-00972-JFM DOCUMENT 17-2 | $0.10 |
| 07/31/2014 | 12:38:28 | 1 | MDDC | 06302-512 | HISTORY/DOCUMENTS | 1:14-CV-00972-JFM | $0.10 |
| 07/31/2014 | 13:09:26 | 5 | MDDC | 06302-512 | IMAGE14-0 | 1:14-CV-00972-JFM DOCUMENT 14-0 | $0.50 |
| Subtotal: | | 12 | pages | | | $1.20 | |
| | | 0 | audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $1.20 | |
| 08/06/2014 | 11:01:46 | 1 | MDDC | | SEARCH | LAST NAME: LAKEVIEW TITLE | $0.10 |
| 08/06/2014 | 11:01:59 | 12 | MDDC | | DOCKET REPORT | 1:13-CV-00933-WDQ | $1.20 |
| 08/06/2014 | 11:02:29 | 16 | MDDC | | IMAGE86-0 | 1:13-CV-00933-WDQ DOCUMENT 86-0 | $1.60 |
| 08/06/2014 | 11:12:02 | 2 | MDDC | | DOCKET REPORT | 1:14-CV-02456-CCB | $0.20 |
| 08/06/2014 | 11:12:24 | 17 | MDDC | | IMAGE1-0 | 1:14-CV-02456-CCB DOCUMENT 1-0 | $1.70 |
| Subtotal: | | 48 | pages | | | $4.80 | |
| | | 0 | audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $4.80 | |
| 08/11/2014 | 06:59:09 | 1 | 00PCL | MILLER | BANKRUPTCY PARTY SEARCH | NAME BANKARD (SSN 8042) ALL COURTS PAGE: 1 | $0.10 |
| Subtotal: | | 1 | pages | | | $0.10 | |
| | | 0 | audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $0.10 | |
| 08/14/2014 | 08:50:33 | 1 | MDDC | | SEARCH | LAST NAME: LAKEVIEW TITLE | $0.10 |
| 08/14/2014 | 08:50:42 | 12 | MDDC | | DOCKET REPORT | 1:13-CV-00933-WDQ | $1.20 |

| Date | Time | Pages | Court | User | Description | Case/Document | Cost |
|---|---|---|---|---|---|---|---|
| 08/14/2014 | 08:50:56 | 1 | MDDC | | IMAGE87-0 | 1:13-CV-00933-WDQ DOCUMENT 87-0 | $0.10 |
| 08/14/2014 | 09:11:22 | 4 | MDDC | JAWORSKI | IMAGE18-0 | 1:14-CV-00972-JFM DOCUMENT 18-0 | $0.40 |
| Subtotal: | | 13 | pages | | | $1.80 | |
| | | 0 | audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $1.80 | |
| 08/25/2014 | 10:16:47 | 1 | ILNDC | | 20592-289 SEARCH | LAST NAME: FOGELSON FIRST NAME: LAWRENCE TYPE: PTY | $0.10 |
| 08/25/2014 | 10:18:20 | 1 | ILNDC | | 20592-289 SEARCH | LAST NAME: FOGELSON FIRST NAME: LAWRENCE TYPE: PTY | $0.10 |
| Subtotal: | | 2 | pages | | | $0.20 | |
| | | 0 | audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $0.20 | |
| 08/28/2014 | 13:11:40 | 1 | MDDC | | SEARCH | LAST NAME: LAKEVIEW TITLE | $0.10 |
| 08/28/2014 | 13:11:50 | 14 | MDDC | | DOCKET REPORT | 1:13-CV-00933-WDQ | $1.40 |
| 08/28/2014 | 13:12:18 | 14 | MDDC | | IMAGE90-0 | 1:13-CV-00933-WDQ DOCUMENT 90-0 | $1.40 |
| 08/28/2014 | 13:16:19 | 10 | MDDC | | IMAGE93-1 | 1:13-CV-00933-WDQ DOCUMENT 93-1 | $1.00 |
| 08/28/2014 | 13:20:54 | 13 | MDDC | | IMAGE89-0 | 1:13-CV-00933-WDQ DOCUMENT 89-0 | $1.30 |
| Subtotal: | | 52 | pages | | | $5.20 | |
| | | 0 | audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $5.20 | |
| 08/29/2014 | 12:26:09 | 5 | MDDC | JAWORSKI | IMAGE21-0 | 1:14-CV-00972-JFM DOCUMENT 21-0 | $0.50 |
| Subtotal: | | 5 | pages | | | $0.50 | |
| | | 0 | audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $0.50 | |
| 09/04/2014 | 10:34:53 | 1 | MDDC | | 06302-512 IMAGE22-0 | 1:14-CV-00972-JFM DOCUMENT 22-0 | $0.10 |
| Subtotal: | | 1 | pages | | | $0.10 | |
| | | 0 | audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $0.10 | |
| 09/05/2014 | 16:12:41 | 3 | MDDC | JAWORSKI | IMAGE23-0 | 1:14-CV-00972-JFM DOCUMENT 23-0 | $0.30 |
| Subtotal: | | 3 | pages | | | $0.30 | |
| | | 0 | audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $0.30 | |
| 09/08/2014 | 12:24:38 | 5 | MDDC | | IMAGE20-0 | 1:14-CV-00972-JFM DOCUMENT 20-0 | $0.50 |

| 10/29/2014 | | | | CSO Billing History | | | |
|---|---|---|---|---|---|---|---|
| | 09/08/2014 | 13:01:59 | 7 | MDDC | DOCKET REPORT | 1:13-CV-01518-GLR | $0.70 |
| | 09/08/2014 | 13:02:50 | 2 | MDDC | IMAGE2-0 | 1:13-CV-01518-GLR DOCUMENT 2-0 | $0.20 |
| | 09/08/2014 | 13:04:27 | 4 | MDDC | IMAGE3-0 | 1:13-CV-01518-GLR DOCUMENT 3-0 | $0.40 |
| | 09/08/2014 | 13:04:54 | 5 | MDDC | IMAGE4-0 | 1:13-CV-01518-GLR DOCUMENT 4-0 | $0.50 |
| | 09/08/2014 | 13:05:40 | 2 | MDDC | IMAGE5-0 | 1:13-CV-01518-GLR DOCUMENT 5-0 | $0.20 |
| | 09/08/2014 | 13:05:41 | 2 | MDDC | IMAGE5-4 | 1:13-CV-01518-GLR DOCUMENT 5-4 | $0.20 |
| | 09/08/2014 | 13:05:41 | 2 | MDDC | IMAGE5-1 | 1:13-CV-01518-GLR DOCUMENT 5-1 | $0.20 |
| | 09/08/2014 | 13:05:41 | 2 | MDDC | IMAGE5-5 | 1:13-CV-01518-GLR DOCUMENT 5-5 | $0.20 |
| | 09/08/2014 | 13:05:41 | 2 | MDDC | IMAGE5-2 | 1:13-CV-01518-GLR DOCUMENT 5-2 | $0.20 |
| | 09/08/2014 | 13:05:41 | 2 | MDDC | IMAGE5-3 | 1:13-CV-01518-GLR DOCUMENT 5-3 | $0.20 |
| | 09/08/2014 | 13:05:41 | 2 | MDDC | IMAGE5-7 | 1:13-CV-01518-GLR DOCUMENT 5-7 | $0.20 |
| | 09/08/2014 | 13:05:41 | 2 | MDDC | IMAGE5-8 | 1:13-CV-01518-GLR DOCUMENT 5-8 | $0.20 |
| | 09/08/2014 | 13:05:41 | 2 | MDDC | IMAGE5-6 | 1:13-CV-01518-GLR DOCUMENT 5-6 | $0.20 |
| | 09/08/2014 | 13:08:02 | 17 | MDDC | IMAGE6-0 | 1:13-CV-01518-GLR DOCUMENT 6-0 | $1.70 |
| | 09/08/2014 | 13:08:40 | 5 | MDDC | IMAGE7-0 | 1:13-CV-01518-GLR DOCUMENT 7-0 | $0.50 |
| | 09/08/2014 | 13:10:18 | 4 | MDDC | IMAGE8-2 | 1:13-CV-01518-GLR DOCUMENT 8-2 | $0.40 |
| | 09/08/2014 | 13:10:18 | 20 | MDDC | IMAGE8-1 | 1:13-CV-01518-GLR DOCUMENT 8-1 | $2.00 |
| | 09/08/2014 | 13:10:18 | 2 | MDDC | IMAGE8-0 | 1:13-CV-01518-GLR DOCUMENT 8-0 | $0.20 |
| | 09/08/2014 | 13:10:20 | 19 | MDDC | IMAGE8-3 | 1:13-CV-01518-GLR DOCUMENT 8-3 | $1.90 |
| | 09/08/2014 | 13:10:20 | 2 | MDDC | IMAGE8-9 | 1:13-CV-01518-GLR DOCUMENT 8-9 | $0.20 |
| | 09/08/2014 | 13:10:20 | 3 | MDDC | IMAGE8-10 | 1:13-CV-01518-GLR DOCUMENT 8-10 | $0.30 |
| | 09/08/2014 | 13:10:20 | 4 | MDDC | IMAGE8-8 | 1:13-CV-01518-GLR DOCUMENT 8-8 | $0.40 |
| | 09/08/2014 | 13:10:20 | 3 | MDDC | IMAGE8-6 | 1:13-CV-01518-GLR DOCUMENT 8-6 | $0.30 |
| | 09/08/2014 | 13:10:20 | 3 | MDDC | IMAGE8-5 | 1:13-CV-01518-GLR DOCUMENT 8-5 | $0.30 |
| | 09/08/2014 | 13:10:20 | 2 | MDDC | IMAGE8-7 | 1:13-CV-01518-GLR DOCUMENT 8-7 | $0.20 |
| | 09/08/2014 | 13:10:20 | 2 | MDDC | IMAGE8-4 | 1:13-CV-01518-GLR DOCUMENT 8-4 | $0.20 |
| | 09/08/2014 | 13:10:21 | 5 | MDDC | IMAGE8-13 | 1:13-CV-01518-GLR DOCUMENT 8-13 | $0.50 |
| | 09/08/2014 | 13:10:21 | 1 | MDDC | IMAGE8-16 | 1:13-CV-01518-GLR DOCUMENT 8-16 | $0.10 |
| | | | | | | 1:13-CV-01518-GLR | |

| Date | Time | Pages | Court | Image | Document | Cost |
|---|---|---|---|---|---|---|
| 09/08/2014 | 13:10:21 | 3 | MDDC | IMAGE8-15 | DOCUMENT 8-15 | $0.30 |
| 09/08/2014 | 13:10:21 | 2 | MDDC | IMAGE8-14 | 1:13-CV-01518-GLR DOCUMENT 8-14 | $0.20 |
| 09/08/2014 | 13:10:21 | 2 | MDDC | IMAGE8-12 | 1:13-CV-01518-GLR DOCUMENT 8-12 | $0.20 |
| 09/08/2014 | 13:10:21 | 3 | MDDC | IMAGE8-11 | 1:13-CV-01518-GLR DOCUMENT 8-11 | $0.30 |
| 09/08/2014 | 13:13:55 | 2 | MDDC | IMAGE9-0 | 1:13-CV-01518-GLR DOCUMENT 9-0 | $0.20 |
| 09/08/2014 | 13:14:06 | 2 | MDDC | IMAGE10-0 | 1:13-CV-01518-GLR DOCUMENT 10-0 | $0.20 |
| 09/08/2014 | 13:14:19 | 2 | MDDC | IMAGE11-0 | 1:13-CV-01518-GLR DOCUMENT 11-0 | $0.20 |
| 09/08/2014 | 13:14:30 | 2 | MDDC | IMAGE12-0 | 1:13-CV-01518-GLR DOCUMENT 12-0 | $0.20 |
| 09/08/2014 | 13:15:19 | 4 | MDDC | IMAGE13-2 | 1:13-CV-01518-GLR DOCUMENT 13-2 | $0.40 |
| 09/08/2014 | 13:15:19 | 27 | MDDC | IMAGE13-1 | 1:13-CV-01518-GLR DOCUMENT 13-1 | $2.70 |
| 09/08/2014 | 13:15:19 | 4 | MDDC | IMAGE13-0 | 1:13-CV-01518-GLR DOCUMENT 13-0 | $0.40 |
| 09/08/2014 | 13:15:19 | 4 | MDDC | IMAGE13-3 | 1:13-CV-01518-GLR DOCUMENT 13-3 | $0.40 |
| 09/08/2014 | 13:15:20 | 30 | MDDC | IMAGE13-4 | 1:13-CV-01518-GLR DOCUMENT 13-4 | $3.00 |
| 09/08/2014 | 13:15:20 | 1 | MDDC | IMAGE13-5 | 1:13-CV-01518-GLR DOCUMENT 13-5 | $0.10 |
| 09/08/2014 | 13:20:18 | 2 | MDDC | IMAGE14-0 | 1:13-CV-01518-GLR DOCUMENT 14-0 | $0.20 |
| 09/08/2014 | 13:20:30 | 3 | MDDC | IMAGE15-0 | 1:13-CV-01518-GLR DOCUMENT 15-0 | $0.30 |
| 09/08/2014 | 13:20:42 | 3 | MDDC | IMAGE16-0 | 1:13-CV-01518-GLR DOCUMENT 16-0 | $0.30 |
| 09/08/2014 | 13:20:43 | 1 | MDDC | IMAGE16-1 | 1:13-CV-01518-GLR DOCUMENT 16-1 | $0.10 |
| 09/08/2014 | 13:21:14 | 3 | MDDC | IMAGE17-0 | 1:13-CV-01518-GLR DOCUMENT 17-0 | $0.30 |
| 09/08/2014 | 13:21:28 | 22 | MDDC | IMAGE18-0 | 1:13-CV-01518-GLR DOCUMENT 18-0 | $2.20 |
| 09/08/2014 | 13:21:28 | 2 | MDDC | IMAGE18-1 | 1:13-CV-01518-GLR DOCUMENT 18-1 | $0.20 |
| 09/08/2014 | 13:21:29 | 3 | MDDC | IMAGE18-4 | 1:13-CV-01518-GLR DOCUMENT 18-4 | $0.30 |
| 09/08/2014 | 13:21:29 | 3 | MDDC | IMAGE18-5 | 1:13-CV-01518-GLR DOCUMENT 18-5 | $0.30 |
| 09/08/2014 | 13:21:29 | 5 | MDDC | IMAGE18-3 | 1:13-CV-01518-GLR DOCUMENT 18-3 | $0.50 |
| 09/08/2014 | 13:21:29 | 2 | MDDC | IMAGE18-2 | 1:13-CV-01518-GLR DOCUMENT 18-2 | $0.20 |
| 09/08/2014 | 13:22:20 | 2 | MDDC | IMAGE19-0 | 1:13-CV-01518-GLR DOCUMENT 19-0 | $0.20 |
| 09/08/2014 | 13:22:29 | 2 | MDDC | IMAGE20-0 | 1:13-CV-01518-GLR DOCUMENT 20-0 | $0.20 |
| 09/08/2014 | 13:22:46 | 1 | MDDC | IMAGE21-1 | 1:13-CV-01518-GLR DOCUMENT 21-1 | $0.10 |

| Date | Time | Pages | Court | Image | Document | Cost |
|---|---|---|---|---|---|---|
| 09/08/2014 | 13:22:46 | 3 | MDDC | IMAGE21-0 | 1:13-CV-01518-GLR DOCUMENT 21-0 | $0.30 |
| 09/08/2014 | 13:23:13 | 30 | MDDC | IMAGE22-0 | 1:13-CV-01518-GLR DOCUMENT 22-0 | $3.00 |
| 09/08/2014 | 13:23:13 | 3 | MDDC | IMAGE22-2 | 1:13-CV-01518-GLR DOCUMENT 22-2 | $0.30 |
| 09/08/2014 | 13:23:13 | 5 | MDDC | IMAGE22-1 | 1:13-CV-01518-GLR DOCUMENT 22-1 | $0.50 |
| 09/08/2014 | 13:23:14 | 3 | MDDC | IMAGE22-6 | 1:13-CV-01518-GLR DOCUMENT 22-6 | $0.30 |
| 09/08/2014 | 13:23:14 | 2 | MDDC | IMAGE22-5 | 1:13-CV-01518-GLR DOCUMENT 22-5 | $0.20 |
| 09/08/2014 | 13:23:14 | 7 | MDDC | IMAGE22-7 | 1:13-CV-01518-GLR DOCUMENT 22-7 | $0.70 |
| 09/08/2014 | 13:23:14 | 2 | MDDC | IMAGE22-3 | 1:13-CV-01518-GLR DOCUMENT 22-3 | $0.20 |
| 09/08/2014 | 13:23:14 | 7 | MDDC | IMAGE22-8 | 1:13-CV-01518-GLR DOCUMENT 22-8 | $0.70 |
| 09/08/2014 | 13:23:14 | 4 | MDDC | IMAGE22-4 | 1:13-CV-01518-GLR DOCUMENT 22-4 | $0.40 |
| 09/08/2014 | 13:26:34 | 2 | MDDC | IMAGE23-0 | 1:13-CV-01518-GLR DOCUMENT 23-0 | $0.20 |
| 09/08/2014 | 13:26:44 | 9 | MDDC | IMAGE24-0 | 1:13-CV-01518-GLR DOCUMENT 24-0 | $0.90 |
| 09/08/2014 | 13:27:05 | 4 | MDDC | IMAGE26-0 | 1:13-CV-01518-GLR DOCUMENT 26-0 | $0.40 |
| 09/08/2014 | 13:27:06 | 2 | MDDC | IMAGE26-2 | 1:13-CV-01518-GLR DOCUMENT 26-2 | $0.20 |
| 09/08/2014 | 13:27:06 | 2 | MDDC | IMAGE26-1 | 1:13-CV-01518-GLR DOCUMENT 26-1 | $0.20 |
| 09/08/2014 | 13:27:06 | 4 | MDDC | IMAGE26-3 | 1:13-CV-01518-GLR DOCUMENT 26-3 | $0.40 |
| 09/08/2014 | 13:28:01 | 11 | MDDC | IMAGE30-0 | 1:13-CV-01518-GLR DOCUMENT 30-0 | $1.10 |
| 09/08/2014 | 13:28:18 | 6 | MDDC | IMAGE31-0 | 1:13-CV-01518-GLR DOCUMENT 31-0 | $0.60 |
| 09/08/2014 | 13:28:18 | 4 | MDDC | IMAGE31-1 | 1:13-CV-01518-GLR DOCUMENT 31-1 | $0.40 |
| 09/08/2014 | 13:28:19 | 2 | MDDC | IMAGE31-2 | 1:13-CV-01518-GLR DOCUMENT 31-2 | $0.20 |
| 09/08/2014 | 13:29:15 | 16 | MDDC | IMAGE35-1 | 1:13-CV-01518-GLR DOCUMENT 35-1 | $1.60 |
| 09/08/2014 | 13:29:15 | 5 | MDDC | IMAGE35-0 | 1:13-CV-01518-GLR DOCUMENT 35-0 | $0.50 |
| 09/08/2014 | 13:29:15 | 18 | MDDC | IMAGE35-2 | 1:13-CV-01518-GLR DOCUMENT 35-2 | $1.80 |
| 09/08/2014 | 13:30:13 | 1 | MDDC | IMAGE33-0 | 1:13-CV-01518-GLR DOCUMENT 33-0 | $0.10 |
| 09/08/2014 | 13:30:13 | 1 | MDDC | IMAGE33-1 | 1:13-CV-01518-GLR DOCUMENT 33-1 | $0.10 |
| 09/08/2014 | 13:30:39 | 1 | MDDC | IMAGE34-0 | 1:13-CV-01518-GLR DOCUMENT 34-0 | $0.10 |
| 09/08/2014 | 13:30:39 | 1 | MDDC | IMAGE34-1 | 1:13-CV-01518-GLR DOCUMENT 34-1 | $0.10 |
| 09/08/2014 | 13:31:03 | 3 | MDDC | IMAGE36-2 | 1:13-CV-01518-GLR DOCUMENT 36-2 | $0.30 |

| Date | Time | Pages | Court | User | Description | Case/Document | Cost |
|---|---|---|---|---|---|---|---|
| 09/08/2014 | 13:31:03 | 4 | MDDC | | IMAGE36-1 | 1:13-CV-01518-GLR DOCUMENT 36-1 | $0.40 |
| 09/08/2014 | 13:31:03 | 11 | MDDC | | IMAGE36-0 | 1:13-CV-01518-GLR DOCUMENT 36-0 | $1.10 |
| 09/08/2014 | 13:32:26 | 18 | MDDC | | IMAGE37-1 | 1:13-CV-01518-GLR DOCUMENT 37-1 | $1.80 |
| 09/08/2014 | 13:32:26 | 4 | MDDC | | IMAGE37-0 | 1:13-CV-01518-GLR DOCUMENT 37-0 | $0.40 |
| 09/08/2014 | 13:53:03 | 14 | MDDC | | IMAGE38-1 | 1:13-CV-01518-GLR DOCUMENT 38-1 | $1.40 |
| 09/08/2014 | 13:53:03 | 4 | MDDC | | IMAGE38-0 | 1:13-CV-01518-GLR DOCUMENT 38-0 | $0.40 |
| 09/08/2014 | 13:53:30 | 3 | MDDC | | IMAGE39-0 | 1:13-CV-01518-GLR DOCUMENT 39-0 | $0.30 |
| 09/08/2014 | 13:53:39 | 2 | MDDC | | IMAGE40-0 | 1:13-CV-01518-GLR DOCUMENT 40-0 | $0.20 |
| 09/08/2014 | 13:53:55 | 3 | MDDC | | IMAGE41-0 | 1:13-CV-01518-GLR DOCUMENT 41-0 | $0.30 |
| 09/08/2014 | 13:54:07 | 14 | MDDC | | IMAGE42-1 | 1:13-CV-01518-GLR DOCUMENT 42-1 | $1.40 |
| 09/08/2014 | 13:54:07 | 5 | MDDC | | IMAGE42-0 | 1:13-CV-01518-GLR DOCUMENT 42-0 | $0.50 |
| 09/08/2014 | 13:54:08 | 1 | MDDC | | IMAGE42-2 | 1:13-CV-01518-GLR DOCUMENT 42-2 | $0.10 |
| 09/08/2014 | 15:15:13 | 7 | MDDC | MCCRAY | DOCKET REPORT | 1:13-CV-01518-GLR | $0.70 |
| 09/08/2014 | 15:15:37 | 2 | MDDC | MCCRAY | IMAGE44-0 | 1:13-CV-01518-GLR DOCUMENT 44-0 | $0.20 |
| 09/08/2014 | 15:16:38 | 7 | MDDC | MCCRAY | DOCKET REPORT | 1:13-CV-01518-GLR | $0.70 |
| 09/08/2014 | 15:17:35 | 16 | MDDC | MCCRAY | IMAGE45-0 | 1:13-CV-01518-GLR DOCUMENT 45-0 | $1.60 |
| 09/08/2014 | 15:17:35 | 18 | MDDC | MCCRAY | IMAGE45-1 | 1:13-CV-01518-GLR DOCUMENT 45-1 | $1.80 |
| 09/08/2014 | 15:18:43 | 5 | MDDC | MCCRAY | IMAGE46-7 | 1:13-CV-01518-GLR DOCUMENT 46-7 | $0.50 |
| 09/08/2014 | 15:18:43 | 3 | MDDC | MCCRAY | IMAGE46-6 | 1:13-CV-01518-GLR DOCUMENT 46-6 | $0.30 |
| 09/08/2014 | 15:18:43 | 22 | MDDC | MCCRAY | IMAGE46-0 | 1:13-CV-01518-GLR DOCUMENT 46-0 | $2.20 |
| 09/08/2014 | 15:18:43 | 3 | MDDC | MCCRAY | IMAGE46-3 | 1:13-CV-01518-GLR DOCUMENT 46-3 | $0.30 |
| 09/08/2014 | 15:18:43 | 4 | MDDC | MCCRAY | IMAGE46-4 | 1:13-CV-01518-GLR DOCUMENT 46-4 | $0.40 |
| 09/08/2014 | 15:18:43 | 5 | MDDC | MCCRAY | IMAGE46-2 | 1:13-CV-01518-GLR DOCUMENT 46-2 | $0.50 |
| 09/08/2014 | 15:18:43 | 3 | MDDC | MCCRAY | IMAGE46-1 | 1:13-CV-01518-GLR DOCUMENT 46-1 | $0.30 |
| 09/08/2014 | 15:18:43 | 4 | MDDC | MCCRAY | IMAGE46-5 | 1:13-CV-01518-GLR DOCUMENT 46-5 | $0.40 |
| 09/08/2014 | 15:20:34 | 4 | MDDC | MCCRAY | IMAGE47-0 | 1:13-CV-01518-GLR DOCUMENT 47-0 | $0.40 |
| 09/08/2014 | 15:20:50 | 2 | MDDC | MCCRAY | IMAGE48-0 | 1:13-CV-01518-GLR DOCUMENT 48-0 | $0.20 |
| 09/08/2014 | 15:21:04 | 3 | MDDC | MCCRAY | IMAGE49-0 | 1:13-CV-01518-GLR DOCUMENT 49-0 | $0.30 |
| 09/08/2014 | 15:21:18 | 1 | MDDC | MCCRAY | IMAGE50-1 | 1:13-CV-01518-GLR DOCUMENT 50-1 | $0.10 |

| Date | Time | Qty | Court | User | Description | Case/Document | Cost |
|---|---|---|---|---|---|---|---|
| 09/08/2014 | 15:21:18 | 1 | MDDC | MCCRAY | IMAGE50-0 | 1:13-CV-01518-GLR DOCUMENT 50-0 | $0.10 |
| 09/08/2014 | 15:21:41 | 2 | MDDC | MCCRAY | IMAGE51-0 | 1:13-CV-01518-GLR DOCUMENT 51-0 | $0.20 |
| 09/08/2014 | 15:21:50 | 1 | MDDC | MCCRAY | IMAGE52-0 | 1:13-CV-01518-GLR DOCUMENT 52-0 | $0.10 |
| 09/08/2014 | 15:22:00 | 1 | MDDC | MCCRAY | IMAGE53-0 | 1:13-CV-01518-GLR DOCUMENT 53-0 | $0.10 |
| 09/08/2014 | 15:23:33 | 7 | MDDC | MCCRAY | DOCKET REPORT | 1:13-CV-01518-GLR | $0.70 |
| 09/08/2014 | 15:23:47 | 4 | MDDC | MCCRAY | IMAGE54-0 | 1:13-CV-01518-GLR DOCUMENT 54-0 | $0.40 |
| 09/08/2014 | 15:23:47 | 2 | MDDC | MCCRAY | IMAGE54-1 | 1:13-CV-01518-GLR DOCUMENT 54-1 | $0.20 |
| 09/08/2014 | 15:23:48 | 5 | MDDC | MCCRAY | IMAGE54-2 | 1:13-CV-01518-GLR DOCUMENT 54-2 | $0.50 |
| 09/08/2014 | 15:24:29 | 9 | MDDC | MCCRAY | IMAGE55-0 | 1:13-CV-01518-GLR DOCUMENT 55-0 | $0.90 |
| 09/08/2014 | 15:24:42 | 8 | MDDC | MCCRAY | IMAGE56-0 | 1:13-CV-01518-GLR DOCUMENT 56-0 | $0.80 |
| 09/08/2014 | 15:24:43 | 3 | MDDC | MCCRAY | IMAGE56-1 | 1:13-CV-01518-GLR DOCUMENT 56-1 | $0.30 |
| 09/08/2014 | 15:25:04 | 10 | MDDC | MCCRAY | IMAGE57-0 | 1:13-CV-01518-GLR DOCUMENT 57-0 | $1.00 |
| 09/08/2014 | 15:25:13 | 2 | MDDC | MCCRAY | IMAGE58-0 | 1:13-CV-01518-GLR DOCUMENT 58-0 | $0.20 |
| 09/08/2014 | 15:25:22 | 3 | MDDC | MCCRAY | IMAGE59-0 | 1:13-CV-01518-GLR DOCUMENT 59-0 | $0.30 |
| 09/08/2014 | 15:25:34 | 1 | MDDC | MCCRAY | IMAGE60-0 | 1:13-CV-01518-GLR DOCUMENT 60-0 | $0.10 |
| 09/08/2014 | 15:25:45 | 1 | MDDC | MCCRAY | IMAGE61-0 | 1:13-CV-01518-GLR DOCUMENT 61-0 | $0.10 |
| 09/08/2014 | 15:25:54 | 10 | MDDC | MCCRAY | IMAGE62-0 | 1:13-CV-01518-GLR DOCUMENT 62-0 | $1.00 |
| 09/08/2014 | 15:26:04 | 1 | MDDC | MCCRAY | IMAGE63-0 | 1:13-CV-01518-GLR DOCUMENT 63-0 | $0.10 |
| 09/08/2014 | 15:26:13 | 1 | MDDC | MCCRAY | IMAGE64-0 | 1:13-CV-01518-GLR DOCUMENT 64-0 | $0.10 |
| 09/08/2014 | 15:26:24 | 2 | MDDC | MCCRAY | IMAGE65-0 | 1:13-CV-01518-GLR DOCUMENT 65-0 | $0.20 |
| 09/08/2014 | 15:26:42 | 1 | MDDC | MCCRAY | IMAGE66-0 | 1:13-CV-01518-GLR DOCUMENT 66-0 | $0.10 |
| 09/08/2014 | 15:26:43 | 2 | MDDC | MCCRAY | IMAGE66-1 | 1:13-CV-01518-GLR DOCUMENT 66-1 | $0.20 |
| 09/08/2014 | 15:26:44 | 2 | MDDC | MCCRAY | IMAGE66-2 | 1:13-CV-01518-GLR DOCUMENT 66-2 | $0.20 |
| 09/08/2014 | 15:27:11 | 2 | MDDC | MCCRAY | IMAGE67-0 | 1:13-CV-01518-GLR DOCUMENT 67-0 | $0.20 |
| 09/08/2014 | 15:27:23 | 2 | MDDC | MCCRAY | IMAGE68-0 | 1:13-CV-01518-GLR DOCUMENT 68-0 | $0.20 |
| 09/08/2014 | 15:27:32 | 1 | MDDC | MCCRAY | IMAGE69-0 | 1:13-CV-01518-GLR DOCUMENT 69-0 | $0.10 |
| 09/08/2014 | 15:27:41 | 1 | MDDC | MCCRAY | IMAGE70-0 | 1:13-CV-01518-GLR DOCUMENT 70-0 | $0.10 |
| 09/08/2014 | 15:27:50 | 3 | MDDC | MCCRAY | IMAGE71-0 | 1:13-CV-01518-GLR DOCUMENT 71-0 | $0.30 |

| Date | Time | Pages | Court | User | Description | Case/Name | Cost |
|---|---|---|---|---|---|---|---|
| 09/08/2014 | 15:28:00 | 3 | MDDC | MCCRAY | IMAGE72-0 | 1:13-CV-01518-GLR DOCUMENT 72-0 | $0.30 |
| 09/08/2014 | 15:40:12 | 7 | MDDC | MCCRAY | DOCKET REPORT | 1:13-CV-01518-GLR | $0.70 |
| Subtotal: | | 723 | pages | | | $72.30 | |
| | | 0 | audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $72.30 | |
| 09/10/2014 | 08:56:30 | 3 | MDDC | 06302-512 | DOCKET REPORT | 1:14-CV-00972-JFM | $0.30 |
| 09/10/2014 | 09:03:19 | 7 | MDDC | 06302-512 | IMAGE24-0 | 1:14-CV-00972-JFM DOCUMENT 24-0 | $0.70 |
| Subtotal: | | 10 | pages | | | $1.00 | |
| | | 0 | audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $1.00 | |
| 09/18/2014 | 14:20:19 | 1 | MDDC | 06302-551 | SEARCH | LAST NAME: CARADORI FIRST NAME: BRIDGET | $0.10 |
| 09/18/2014 | 14:20:37 | 1 | MDDC | 06302-551 | SEARCH | LAST NAME: DALEY FIRST NAME: PATRICIA | $0.10 |
| 09/18/2014 | 14:20:48 | 1 | MDDC | 06302-551 | SEARCH | LAST NAME: DALEY FIRST NAME: ROBERT | $0.10 |
| Subtotal: | | 3 | pages | | | $0.30 | |
| | | 0 | audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $0.30 | |
| 09/29/2014 | 12:18:34 | 1 | NJDC | 99990-022 | HISTORY/DOCUMENTS | 3:14-CV-03658-FLW-LHG | $0.10 |
| 09/29/2014 | 12:18:44 | 5 | NJDC | 99990-022 | IMAGE7-0 | 3:14-CV-03658-FLW-LHG DOCUMENT 7-0 | $0.50 |
| 09/29/2014 | 12:18:57 | 1 | NJDC | 99990-022 | IMAGE1-1 | 3:14-CV-03658-FLW-LHG DOCUMENT 1-1 | $0.10 |
| 09/29/2014 | 12:18:57 | 23 | NJDC | 99990-022 | IMAGE1-0 | 3:14-CV-03658-FLW-LHG DOCUMENT 1-0 | $2.30 |
| 09/29/2014 | 13:18:09 | 1 | NJDC | 99990-022 | SEARCH | LAST NAME: BIBUM | $0.10 |
| 09/29/2014 | 13:32:19 | 1 | MDDC | 99990-022 | HISTORY/DOCUMENTS | 8:98-CV-03684-DKC | $0.10 |
| 09/29/2014 | 13:38:50 | 2 | MDDC | 99990-022 | HISTORY/DOCUMENTS | 8:09-CV-01584-AW | $0.20 |
| 09/29/2014 | 13:39:47 | 17 | MDDC | 99990-022 | IMAGE2-0 | 8:09-CV-01584-AW DOCUMENT 2-0 | $1.70 |
| Subtotal: | | 51 | pages | | | $5.10 | |
| | | 0 | audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $5.10 | |
| Grand Total: | | 998 | pages | | | $99.80 | |
| | | 0 | audio files ($2.40 ea) | | | $0.00 | |
| | | | | | | $99.80 | |

Back   New Search