# ANNEX A

# **DULY SWORN AFFIDAVIT OF FACTS**

The State of Maryland            )
                                 ) ss.   *TO ALL TO WHOM THESE PRESENTS SHALL*
The City of Baltimore            )       *COME*

     I, the Affiant, who goes by the appellation, Renee L. McCray, a living, breathing flesh-and-blood woman, a Free Woman standing on Baltimore the city, Maryland the land, non-territorial to the United States and therefore without the United States, as a member of the body politic the State of Maryland, being of sound mind, and over the age of twenty-one, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for The State of Maryland, 1778, in good faith, with no intention of delaying, nor obstructing, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following statements and facts, are true and correct of Affiant's own first hand knowledge, understanding, and belief, does solemnly declare, and depose and say:

1. That I, Renee L. McCray, am competent to state to the matters set forth herein;
2. That I, Renee L. McCray, have personal knowledge of the facts stated herein;
3. That I, Renee L. McCray, declare that all the facts stated herein are true, correct, and certain, admissible as evidence, and if called upon as a witness I will testify to their veracity;
4. AMERICAN HOME MORTGAGE, hereinafter "Lender", was engaged in the business of taking deposits and allegedly making loans, thus qualifying as a Bank;
5. That I, Renee L. McCray, am the sole legal and absolute owner, maker, or issuer of the chattel property, the Promissory Note and Affiant has never assigned, transferred, nominated any of Affiant's right, title, or interest to said chattel property to any others;

6. That I, Renee L. McCray, believe that I got good Title to real property from the seller, and I declare that I have never assigned, conveyed, or transferred any rights, title, or interest in that real property to anyone else;

7. That I, Renee L. McCray, have no knowledge of, nor has Lender ever revealed or disclosed to Affiant any trust relationship or creation of any trust regarding alleged account # _0001032311_ or the Mortgage/Deed of Trust;

8. That I, Renee L. McCray, have never agreed to or intended to agree to or consent to any trust relationship or creation of trust between Lender and Affiant;

9. That I, Renee L. McCray, never knew of, agreed to, or consented for Lender or any other party to become a trustee, agent, or to have agency over any of Affiant's property, real or chattel;

10. That I, Renee L. McCray, transferred to Lender, a Promissory Note for a loan allegedly already made; however, no loan was ever made as no funds were ever deposited into an account that Affiant had access to and discretionary use of. Therefore, by legal definition, no loan ever was made to Affiant;

11. That I, Renee L. McCray, declare that by Law, a loan is composed of four (4) elements; if any of those elements are missing, no loan exits and I declare that Lender cannot show that all four elements exist for the alleged loan;

12. That I, Renee L. McCray, declare that my Credit is my private property;

13. That I, Renee L. McCray, declare that when I issued my Credit it was consideration duly accepted as value and bound a contract;

14. That I, Renee L. McCray, declare that my Credit was converted to fungible form for use to back all commercial credit in the State of Maryland and the United States, of which I was never advised, nor did I ever consent to conversion of my private property to public property or public use;

15. That I, Renee L. McCray, declare that my real property, held under Grant Deed was paid for through use of my Credit converted to fungible form by Lender;

16. That I, Renee L. McCray, declare that I hold title to my real property under the Common Law of the State of Maryland;

17. That I, Renee L. McCray, declare that the Lender's acceptance of the Promissory Note was fair consideration full payment under exchange contract, October 07, 2005 with complete perfected title to Renee L. McCray, with third-party debt or use of either real or chattel property canceled and barred, *nunc pro tunc*, August 10, 1994, Liber 4414 Page 208;

18. That I, Renee L. McCray, was induced by Lender into believing Lender's capital was the only funding source of the alleged transaction, when in fact it was my private Credit;

19. Lender has never disclosed any documented facts that Lender purchased Renee L. McCray's alleged obligation thereby allegedly obligating Affiant to Lender;

20. Lender never produced or offered for signature, a binding bill of sale for ownership of Renee L. McCray's chattel property, i.e., the Promissory Note;

21. Lender induced Renee L. McCray into believing Lender's capital was the sole source of funding regarding alleged account #_0001032311__;

22. Lender is knowingly and willfully engaging in the collection of funds while inducing Renee L. McCray into believing Affiant is repaying Lender's own capital;

23. Lender is using extortionate enforcement of payment without clear and full disclosure of foundation to Renee L. McCray;

24. Lender is intentionally concealing and withholding material facts regarding any trust or the creation of any trust in re alleged Mortgage/Deed of Trust connected to alleged account #_0001032311__;

25. Lender is intentionally concealing and withholding material facts regarding any trustee or beneficiary, designated, nominated, appointed, or assigned by Renee L. McCray;

26. Lender is willfully withholding or concealing full disclosure of all material facts to Renee L. McCray;

27. Lender is using undue influence upon Renee L. McCray to retain domination over the Affiant's will to obtain the rights and property of Affiant without Affiant's complete knowledge and intentional consent or agreement;

28. Lender's action(s) exceed persuasion under duress by restraining and injuring Renee L. McCray's will, property, and rights without the consent, agreement and knowledge of Affiant.

FURTHER AFFIANT SAITH NOT.

I declare under the penalty of bearing false witness before Nature's God and Men as recognized under the laws in and for The State of Maryland, the Laws of the United States of America and the Law of Nations, acting with sincere intent in Sovereign capacity, unlimited liability, and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that Renee L. McCray executes this draft in accordance with Renee L. McCray's best knowledge and understanding without dishonor, without recourse; with All rights reserved, sans prejudice.

As done this 23rd day of January in the year 2015, under penalty of perjury under the laws of the United States of America.

Renee L. McCray
a member of the body politic The State of Maryland

L.S. /s/ Renee L. McCray

*Notice: Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction or public venue.*

| | |
|---|---|
| STATE OF MARYLAND | ) |
| | ) **JURAT** |
| CITY OF BALTIMORE | ) |

Before me the undersigned, a Notary acting within and for the City of Baltimore and State of Maryland on this _23_ day of _January_, 2015, personally appeared and known to me to be the identical Woman, Renee L. McCray, who being duly sworn, declared the above to be true, correct, and not meant to mis-lead, to the best of her firsthand knowledge, understanding, and belief, executed by her free will and voluntary act and deed the foregoing document.

Given under my hand and seal this _23rd_ day of _January_, 2015.

_Denise C. Pailin_
Notary signature

Seal

_DENISE E. PAILIN_
Printed Notary name

My commission expires _03/07/2018_