IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **RENEE L. MCCRAY** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No. GLR-13-CV1518 |
| **WELLS FARGO BANK, N.A.** *et al.* | * | |
| **Defendants** | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**RESPONSE AND OPPOSITION OF
WELLS FARGO BANK, N.A.
<u>TO PLAINTIFF'S MOTION TO STRIKE</u>**

Defendant, Wells Fargo Bank, N.A. ("Wells Fargo"), by its undersigned counsel, hereby responds to and opposes the "Motion to Strike Reply of Wells Fargo Bank, N.A." (the "Motion to Strike") filed by the Plaintiff, Renee L. McCray ("McCray") as follows:

Plaintiff's Motion to Strike (ECF Document 79) asserts no legitimate grounds for striking Wells Fargo's Reply to Plaintiff's Opposition to the Motion for Summary Judgment. The Motion should be denied. Plaintiff has now been given a full opportunity to address the merits of Wells Fargo's Motion for Summary Judgment, but has failed to do so. Wells Fargo's Motion for Summary Judgment is ripe for consideration and should be granted for the reasons stated therein.

   /s/ Michael S. Barranco
Michael S. Barranco, Bar No. 04036
TREANOR POPE & HUGHES, P.A.
500 York Road
Towson, Maryland  21204
Tel: (410) 494-7777
Fax: (410) 494-1658
msbarranco@tph-law.com

Attorney for Defendant,
Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify on this 23th day of February, 2015, that a copy of the foregoing Response and Opposition of Wells Fargo Bank, N.A. to Plaintiff's Motion to Strike was filed via CM/ECF and served by U.S. Mail, postage prepaid, first class to the following:

    Renee L. McCray
    109 Edgewood Street
    Baltimore, Maryland 21229

   /s/ Michael S. Barranco
Michael S. Barranco