IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RENEE L. MCCRAY,                    *

    Plaintiff,                     *

v.                                  *   Civil Action No. GLR-16-934

SAMUEL I. WHITE, P.C., et al.,      *

    Defendants.                    *

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 31st day of March 2017, hereby:

ORDERED that Defendants' Motion (ECF No. 7), construed as a motion for summary judgment, is and GRANTED IN PART and DENIED WITHOUT PREJUDICE IN PART;

IT IS FURTHER ORDERED that the Motion is GRANTED and JUDGMENT IS ENTERED for Defendants as to McCray's claims under 15 U.S.C. §§ 1692c(a), c(b), c(c), e(2)(A), f(6)(A), and j(a);

IT IS FURTHER ORDERED that the Motion is DENIED WITHOUT PREJUDICE as to McCray's claim under 15 U.S.C. § 1692g(b);

IT IS FURTHER ORDERED that the Clerk shall mail a copy of this Order and the foregoing Memorandum Opinion to McCray at her address of record and CONSOLIDATE this case with McCray I, No. GLR-13-1518; and

The Court will also issue a scheduling order.

                                  /s/
                            _____
                            George L. Russell, III
                            United States District Judge