December 11, 2017

```
_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

       DEC 12 2017

     AT BALTIMORE
   CLERK U.S. DISTRICT COURT
BY  DISTRICT OF MARYLAND
                        DEPUTY
```

**Civil Action No: GLR-13-CV-1518**
**Consolidated with GLR-16-CV-00934**

**Re: Fourth Amended Verified Claim and Enforcement Action**

**TO THE CLERK OF THE COURT:**

Please find enclosed the Consumer's Fourth Amended Verified Claim and Enforcement Action to be filed in compliance with Local Rule 103.6. The Consumer has enclosed a clean copy of the amended claim and 2 redline copies. All previously filed Annexes are to remain the same. However, I have enclosed newly filed Annexes F-I for the 2013 violations of the FDCPA and Annexes I and J for the 2016 violations of the FDCPA. If you have any questions concerning this communication, please do not hesitate to contact me immediately at (410) 945-2424. Thanking you in advance for your assistance.

Renee L. McCray
Consumer