UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

April 10, 2018

MEMORANDUM TO PARTIES RE:   <u>Renee L. McCray v. Wells Fargo Bank, NA</u>
Civil Action No. GLR-13-1518

Dear Parties:

On January 18, 2018, the Court issued an Order referring the parties to a United States Magistrate Judge ("USMJ") for a mediation and staying the case pending the outcome of the mediation. (Jan. 18, 2018 Order, ECF No. 115). The Order also directed the parties to file a joint status report within five days of the mediation advising the Court of whether the mediation was successful. (<u>Id.</u>).

On April 2, 2018, a USMJ conducted a mediation in this case. The Court was advised that the parties did not reach a settlement. To date, the Court has not received a joint status report from the parties.

Accordingly, the stay is LIFTED. The Court DIRECTS the parties to file a joint status report within five days of the date of this Order. The joint status report shall include a proposed scheduling order and address the seven points outlined in the Court's January 3, 2018 letter (ECF No. 111). Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly and mail a copy to Plaintiff Renee L. McCray at her address of record.

Very truly yours,

_____/s/_____
George L. Russell, III
United States District Judge