Renee L. McCray
c/o 109 North Edgewood Street
Baltimore, MD 21229

April 27, 2018

RECEIVED IN THE CHAMBERS OF
GEORGE LEVI RUSSELL, III

APR 3 0 2018

UNITED STATES DISTRICT JUDGE

Judge George L. Russell, III
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re: McCray v. Samuel I. White, P.C., et al.
    Civil Action No.: GLR-13-CV-1518

Dear Judge Russell:

   As a pro se litigant in the above referenced case, I am experiencing a serious communication problem with Mr. Robert Hillman the attorney representing the defendants in this case. On several occasions, I have notified Mr. Hillman not to send me documents concerning this case via email, my preferred communication is via USPS mail. Mr. Hillman refuses to respect my wishes.

   Although Mr. Hillman and I worked together via email to complete the Status Report, the list of 7 items, and the Revised Joint Scheduling Order. Mr. Hillman never notified me that he was filing a Joint Motion to Revise the Scheduling Order until after the motion was filed. He then emailed me a week later and attached the motion (see enclosed April 25, 2018 email communication). Mr. Hillman never responded to the questions I asked in the email, nor did he respect my request to stop communicating via email. Today, I received an additional five (5) emails from Mr. Hillman concerning discovery requests. Not only did I ask Mr. Hillman to stop communicating via email, I am having problems opening the 5 emails he just sent.

   Therefore, I am requesting that you intervene in this matter, and if necessary to issue an order that all future communications from Mr. Hillman be sent to me by USPS mail.

   Thanking you in advance for your immediate attention to this matter.

Yours truly,

Renee L. McCray
Renee L. McCray

cc: Robert H. Hillman

Enclosures: Email Communication Dated 04/25/18

**Subject:** Re: Joint Motion for Extension
**From:** rlmccray@yahoo.com
**To:** rhillman@siwpc.com
**Date:** Wednesday, April 25, 2018, 6:42:06 PM EDT

Mr. Hillman,

I never seen this motion. Did you already filed this joint motion? If so, I am not in agreement with your statement in #2. I did not agree to suspend discovery, as I stated in my emails I was under the impression that discovery was not to start until after the settlement conference.

So what are you asking me in this email? Are you asking if I would like to receive a copy of a motion I never seen before this email mailed to me? If so, the answer is yes, please mail me a copy of the motion. In the future, please do not file any motions on my behalf unless you first send me a draft copy. Further, as I stated before, I do not want any communication from you via email unless directed by the court.

Thank you.

Renee McCray

On Wednesday, April 25, 2018, 4:55:34 PM EDT, Robert H. Hillman <rhillman@siwpc.com> wrote:

Please find the Joint Motion for Extension of Discovery and Dispositive Motions

The Original Copy will not be mailed unless you request it.

Bob Hillman
Office Locations: Virginia Beach | Richmond | Charleston | Morgantown | Rockville Customer service is a top priority at Samuel I. White, P.C. We encourage feedback on our performance. For your convenience, we have included a link for direct feedback - comments@siwpc.com Samuel I. White, P.C. management reviews these emails on a daily basis and responds to concerns or questions. Customer feedback also assists in our efforts to enhance the services we offer. This message (including attachments) is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you should immediately stop reading this message and delete it from your system. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. THIS OFFICE IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

**PRIORITY MAIL** ★

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

* Domestic only

Expected Delivery Day: 04/30/2018

USPS TRACKING NUMBER



9505 5134 2741 8118 3691 54

FROM:
McCray
109 N Edgewood St
Baltimore, MD 21229-3021

TO:
Judge George L. Russell, III
United States District Court
101 W. Lombard St., 4th Floor
Baltimore, MD 21201

Inspected By
Court Security Office

APR 30 2018

Baltimore, MD


0001000014

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE®