IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RENEE McCRAY | : |
|     Plaintiff | : |
|     v. | : Case ADC-13-CV-1518 |
| SAMUEL I WHITE P.C., et al | : |
|     Defendants | : |

DEFENDANTS CONDITIONAL CONSENT TO PLAINTIFFS MOTION FOR EXTENSION OF TIME TO REVIEW DISCOVERY

COMES NOW the Defendants the SIWPC Defendants and respond to the Plaintiffs Motion for Extension of Time to review discovery and states as follows:

1. The Defendants do not object to allowing the Plaintiff additional time to review outstanding discovery in so far as the Defendants were a few days late in providing there interrogatory and request for production of documents responses to the Plaintiffs third (3rd) set of interrogators and production of documents to 5 of the defendants.

2. The Defendants completed their responses and mailed same on the same day (2 days after they were due) that the filed her Motion to Compel.

3. This consent to the extension is being provided on the condition that the Plaintiff be inhibited from undertaking any additional discovery besides that already taken.

WHEREFORE, the premises considered the SIWPC Defendants pray:

a. That the Court grant the Plaintiff the relief sought provided that the Plaintiff does not continue taking any additional discovery, but to allow her to review the discovery

she now has taken as well as the depositions which have yet to be provided by the Court Reporter.[1]

b. For such other relief that the Court deem just and appropriate.

Respectfully Submitted:

Samuel I. White, PC

/s/ Robert H. Hillman
Robert H. Hillman, MD 06910
611 Rockville Pike #100
Rockville, MD 20852
(301-804-3385
Fax 301-838-1954
rhilllman@siwpc.com
Attorney for Samuel I White
P.C. and the SIWPC Individuals

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 8, 2018 I mailed, by first class mail, postage prepaid, a copy of the foregoing Defendants Conditional Consent To Plaintiffs Motion For Extension Of Time To Review Discovery , was filed via CM/ECF and served by U.S. Mail, postage prepaid, first class to the following:

Renee L. McCray
109 Edgewood Street
Baltimore, Maryland 21229
Plaintiff

/s/ Robert H. Hillman
Robert H. Hillman

---

[1] Depositions were taken by Ms. McCray on September 18, the Court reporter used has yet to produce them .
L:\1\00621\00621 McCray\Federal Pleadings\Limited Consent to Extend Discovery.docx

2