_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

NOV 5 2018

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
AT BALTIMORE

BY_____ DEPUTY

Renee L. McCray
c/o 109 North Edgewood Street
Baltimore, Maryland 21229

November 2, 2018

Judge A. David Copperthite
United States District Court
101 W. Lombard Street, 4th Floor
Baltimore, Maryland 21201
Attn: Clerk of the Court

RE: <u>McCray v. Samuel I. White, et al.</u>
    Civil Action No. 13-cv-1518-ADC

Dear Judge Copperthite:

Today, I received two Orders from you dated 10/31/2018. Pursuant to your Order concerning filing motions, I am submitting this letter explaining the basis for the Motion to Compel Defendants to Respond to Plaintiff's First Set of Discovery Request, I filed on Monday, October 29, 2018 and the Motion to Compel Defendant Driscoll to Respond to Plaintiff's Second Set of Discovery Request, that was mailed on Tuesday, October 30, 2018; and was received according to the USPS on November 1, 2018.

In each of these Motions, Plaintiff tried to resolve the discovery disputes without the Court's intervention by scheduling depositions in order to receive the documents related specifically to Plaintiff's allegations in the 4th Amended Complaint. As Plaintiff stated in each of the Motions, Mr. Hillman again refused to provide the Plaintiff with the requested documentation. In the interest of resolving these discovery disputes, the Plaintiff hereby is requesting assistance from the Court as outlined in each of the Motions. As you can see the discovery requests, for each Motion, are proper and are within the four corners of the Plaintiff's 4th Amended Complaint.

Further, the Plaintiff is also requesting assistance from the Court for Plaintiff's 3rd Set of Discovery Requests, which Plaintiff was in the process of filing with the Court next week because of Mr. Hillman's continued dilatory tactics as outlined in Plaintiff's Response in Opposition to Defendants Conditional Consent (Doc. 138). Mr.

Hillman has not responded to the Plaintiff's request to schedule a telephone conference to confer regarding discovery disputes for Defendants Driscoll, Gantt, Reynolds and SIWPC (see ANNEX A). Mr. Hillman is again attempting to delay the discovery process in order to inhibit the Plaintiff's ability to obtain discoverable and usable evidence. Plaintiff believes Mr. Hillman would not consistently engage in these stall tactics, if she had an attorney to represent her. Therefore, the Plaintiff is requesting permission from the Court to file a third Motion to Compel in order to receive proper responses for the preparation of the Plaintiff's case.

Sincerely,

Renee L. McCray,
Plaintiff


Enclosures: ANNEX A


cc: Robert H. Hillman