*Motion for
Reconsideration
Denied.*

A _____ 11/6/18

A. David Copperthite
United States Magistrate Judge

Renee L. McCray
c/o 109 North Edgewood Street
Baltimore, Maryland 21229

November 5, 2018

Judge A. David Copperthite
United States District Court
101 W. Lombard Street, 4th Floor
Baltimore, Maryland 21201
Attn: Clerk of the Court

```
_____ FILED      _____ ENTERED
_____ LOGGED     _____ RECEIVED

      NOV  6 2018

        AT BALTIMORE
   CLERK, U.S. DISTRICT COURT
     DISTRICT OF MARYLAND

BY                        DEPUTY
```

RE:  McCray v. Samuel I. White, et al.
     Civil Action No. 13-cv-1518-ADC

Dear Judge Copperthite:

   Today, I received your Order dated 11/02/2018 denying the Plaintiff's Motion to Compel Defendant Driscoll to Respond to Plaintiff's Second Set of Discovery Request. However, that Motion was mailed on October 30, 2018 before you sent the Order dated 10/31/2018 that stated "any party who wishes to file a motion must first send a brief letter not exceeding 2 pages to the Court and opposing party explaining the basis of any intended motion." In compliance with your 10/31/2018 Order, I stated in the 11/02/2018 letter that was received by the Court today, 11/05/2018, according to USPS tracking, the basis for the Motion to Compel mailed on 10/30/2018. Therefore, I am requesting the Court to reconsider its decision in denying the Motion without prejudice.

   Furthermore, Plaintiff received the 10/31/2018 Order directing the Defendants to respond to the Motion for Injunctive Relief (Doc. 136) by close of business on Monday, November 5, 2018. Today, the Plaintiff also received the Defendants Opposition to the Motion for Injunctive Relief (Doc. 136). Also, pursuant to your 10/31/2018 Order concerning filing motions, Plaintiff will be submitting with the response a Motion to Strike the Defendants Opposition as untimely.

Sincerely,

Renee L. McCray,
Plaintiff

cc:  Robert H. Hillman