IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RENEE L. MCCRAY | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO.: ADC-13-1518 |
| SAMUEL I. WHITE, P.C., et al., | * | |
| Defendants. | * | |

******

## ORDER

For the reasons discussed in the accompanying Memorandum Opinion, IT IS this 7th day of November, 2018, hereby ORDERED that:

1. The Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (ECF 136) is DENIED; and

2. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to the plaintiff and to counsel for the defendants.

A. David Copperthite
United States Magistrate Judge