Renee L. McCray
c/o 109 North Edgewood Street
Baltimore, Maryland 21229

November 16, 2018

Judge A. David Copperthite
United States District Court
101 W. Lombard Street, 4th Floor
Baltimore, Maryland  21201
Attn: Clerk of the Court

*Permission To file Granted*

*A.D. [signature]  20 NOV 2018*

A. David Copperthite
United States Magistrate Judge

RE: McCray v. Samuel I. White, et al.
    Civil Action No. 13-cv-1518-ADC

Dear Judge Copperthite:

Unfortunately, Plaintiff does not completely understand your Order dated 10/31/2018 and is attempting to be in compliance with the order. Therefore, Plaintiff is submitting this letter notifying the Court that she is requesting permission to file a Motion to have the Admissions for all Defendants deemed admitted, for Plaintiff's Third Set of Discovery Requests. The answers to the Admissions were not timely submitted to the Plaintiff pursuant to the Federal Rules of Civil Procedures, and in support of filing the Motion, Plaintiff states the following:

- On Friday, August 24, 2018, the Plaintiff served Plaintiff's Third Discovery Request for Admissions on Defendants John E. Driscoll and Deena Reynolds, via email and USPS First-Class Priority Mail. The Defendants responses to the Admissions were due no later than September 23, 2018. Plaintiff received the untimely responses to the Third Set of Admissions for Defendants Driscoll and Reynolds on October 1, 2018. The responses were not received within 30 days after being served. Also, the Plaintiff received the answers to the Third Set of Interrogatories for Defendant Reynolds on October 1, 2018 and answers to the Interrogatories for Defendant Driscoll on October 3, 2018. The Interrogatories were also not received within the 30 days after being served.

- On Monday, August 27, 2018, the Plaintiff served Plaintiff's Third Discovery Request for Admissions on Defendants Jana M. Gantt and Samuel I. White P.C, (SIWPC), via email and USPS First-Class Priority Mail. The Defendants responses to the Third Set of Admissions were due no later than September 26, 2018. Plaintiff received the untimely responses to the Admissions for Defendants Gantt and SIWPC on October 3, 2018. The responses were not

received within 30 days after being served. The Plaintiff received the answers to the Third Set of Interrogatories for both Defendants Gantt and SIWPC on October 6, 2018. The Interrogatories were also not received within the 30 days after being served.

- On Tuesday, August 28, 2018, the Plaintiff served Plaintiff's Third Discovery Request for Admissions on Defendants Robert E. Frazier, Laura D. Harris and Kimberly Lane Britt, via email and USPS First-Class Priority Mail. The Defendants responses to the Third Set of Admissions were due no later than September 27, 2018. Plaintiff received the untimely responses to the Admissions for Defendants Frazier, Harris and Lane Britt on October 3, 2018. The responses were not received within 30 days after being served. Also, Plaintiff received the answers to the Third Set of Interrogatories for Defendants Frazier, Harris and Lane Britt on October 6, 2018. The Interrogatories were also not received within the 30 days after being served.

As stated above, this is the reason why the Plaintiff is requesting permission to file the Motion, because all of the Defendants Third Set of Request for Admissions were not timely received, within the 30 days after being served pursuant to FRCP, Rule 36.

Sincerely,

*Renee L. McCray*
Renee L. McCray,
Plaintiff

cc: Robert H. Hillman