Renee L. McCray
c/o 109 North Edgewood Street
Baltimore, Maryland 21229

*Denied*
A. David Copperthite
United States Magistrate Judge
20NOV2018

November 16, 2018

Judge A. David Copperthite
United States District Court
101 W. Lombard Street, 4th Floor
Baltimore, Maryland 21201
Attn: Clerk of the Court

RE: McCray v. Samuel I. White, et al.
    Civil Action No. 13-cv-1518-ADC

Dear Judge Copperthite:

On Thursday, November 15, 2018, I received, via USPS mail, your Order (Doc. 151) denying Plaintiff's Motion to Strike and Response as moot for failure to comply with the Court Order, ECF 141, regarding the filing of any further motions. However, I thought I was complying with the Court's Order by sending the Court notice in the November 5, 2018 correspondence stating "pursuant to your 10/31/2018 Order concerning filing motions, Plaintiff will be submitting with the response a Motion to Strike the Defendants Opposition as untimely."

I telephoned your office yesterday and today, to try to get a clearer understanding of the Order. I left two telephone messages with your office but did not receive a return call. I was able to reach by telephone today, the Case Administrator, Ms. Ridgeway, who explained she could not give me clarification of your order, she could only read what the order states. Therefore, I am requesting clarification of the Order dated 10-31-2018. It was my understanding that once I gave notice to the court that I would be filing a motion, I could than enter my motion into the case. Can you please clarify for me, whether I need to wait for approval from the court prior to filing a motion? I am trying to following the rules and procedures of the court to the best of my understanding and knowledge, so if I made a mistake by filing the Motion without waiting for permission from the Court, that was not my intention, I did not have a clear understanding of the order.

As I stated in the correspondence dated November 10, 2018, I believe I addressed all the reasons why you denied the Motion for Preliminary Injunction in your Memorandum. Again, if I made a mistake in filing the Motion without the Court's permission, it was not intentional, it was a misunderstanding on my part.

Therefore, I am requesting another opportunity to file a response to the Defendants Opposition to the Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (Doc. 136).

Sincerely,

*Renee L. McCray*

Renee L. McCray,
Plaintiff

cc: Robert H. Hillman