FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 NOV 30  AM 10:11

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

Renee L. McCray
c/o 109 North Edgewood Street
Baltimore, Maryland 21229

November 30, 2018

Judge A. David Copperthite
United States District Court
101 W. Lombard Street, 4th Floor
Baltimore, Maryland 21201
Attn: Clerk of the Court

RE: <u>McCray v. Samuel I. White, et al.</u>
    Civil Action No. 13-cv-1518-ADC

Dear Judge Copperthite:

   This is notice to the Court that the Defendants and their attorney in the above referenced case are not in compliance with the Court's Order dated 11/14/2018 (Doc. 154) granting the Plaintiff's Motion to Compel without opposition. The Defendants are in contempt of the Court's order. The Defendants have failed or refused to provide the Plaintiff the Production of Documents and Interrogatories stated in the Plaintiff's Motion to Compel (Doc. 139). The Plaintiff has received nothing and respectfully requests that the Court moves forward with whatever sanctions it deems necessary, just and proper.

Also, the Defendants are not in compliance with the Court's Order (Doc. 155), dated 11/14/2018, accepting the Plaintiff's Motion to Compel (Doc. 143). The Defendants have failed or refused to comply with the Court's Order to file a Response within 14 days from the date of the order.

Respectfully submitted,

*Renee R. McC—*

Renee L. McCray,
Plaintiff

cc: Robert H. Hillman