```
                                                    FILED
                                             U.S. DISTRICT COURT
                                            DISTRICT OF MARYLAND

                                              2018 NOV 30  AM 10: 11

                                              CLERK'S OFFICE
                                               AT BALTIMORE
```

November 30, 2018                    BY_____DEPUTY

United State District Court
101 West Lombard St., 4th Floor
Baltimore, MD 21201
Attn: Clerk of the Court

RE: Renee L. McCray v. Samuel I. White, P.C.
     Civil Action No.: ADC-13-cv-1518

**TO THE CLERK OF THE COURT:**

On November 24, 2018, the Plaintiff in the above referenced case mailed, via USPS First-Class Priority Mail a "Motion to Have Plaintiff's Third Set of Admissions Served on Defendants Deemed Admitted." Unfortunately, the USPS lost or misplaced the Motion with Exhibits. If the motion is somehow found by USPS and submitted to the court, please do not file it into the record, the Plaintiff has filed a duplicate motion. Please telephone me at (410) 945-2424 so that I can pick up the mailing, if it is later submitted to the court.

If you have any questions, concerning this correspondence, please contact me immediately at (410) 945-2424. Thanking you in advance for your assistance in this matter.


Renee L. McCray
Plaintiff