# EXHIBIT A

Renee L. McCray
109 Edgewood Street
Baltimore, MD 21229
**CERTIFIED MAIL #: 7010 1670 0001 9680 3955**

December 10, 2011

Ben Holtrop
Executive Mortgage Specialist,
  Office of the President
Wells Fargo Home Mortgage
MAC X2302-02J
1 Home Campus
Des Moines, IA 50328-001

Reference: Property Address:   109 Edgewood St., Baltimore, MD 21229
Loan No.                       0199507104

Dear Mr. Holtrop:

This correspondence is in response to your letter dated December 1, 2011 concerning the complaint I made to the Office of the Comptroller of the Currency.

Per our telephone conversation on Friday, December 1st you stated that the only way I could receive the information I have been requesting from your office, (i.e., the identity of the holder of my promissory note, when was the note transferred, etc.) I would have to file legal actions and to contact by telephone your Subpoena Hotline. You also stated "the information you are requesting is considered to be proprietary information of Wells Fargo Home Mortgage and will not be provided without a subpoena."

To date, I have written numerous letters to Wells Fargo Home Mortgage, a complaint to the Attorney General Office for the State of Maryland and the Office of the Comptroller of Currency. I find it unreasonable and unfortunate that customers of Wells Fargo Home Mortgage have to take this course of action in order to receive full disclosure of their individual account information to no avail. Therefore, I will pursue this matter as you suggested by filing a lawsuit. Thank you for your assistance.

Sincerely,

Renee L. McCray

Cc: Office of the Comptroller of the Currency



# UNITED STATES POSTAL SERVICE

Date: 12/27/2011

RENEE MCCRAY:

The following is in response to your 12/27/2011 request for delivery information on your Certified Mail(TM) item number 7010 1670 0001 9680 3955. The delivery record shows that this item was delivered on 12/16/2011 at 04:58 AM in DES MOINES, IA 50328 to J MILLER. The scanned image of the recipient information is provided below.

Signature of Recipient: 

Address of Recipient: 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service