IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RENEE L. MCCRAY, | * |
| Plaintiff, | * |
| vs. | *   Civil Action No.  ADC-13-1518 |
| SAMUEL I. WHITE, P.C., *et al.*, | * |
| Defendants. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

In accordance with the accompanying Memorandum Opinion, IT IS this 26th day of February, 2019, ORDERED that:

1. Defendants' Motion for Summary Judgment (ECF No. 174) is GRANTED;

2. Plaintiff's Cross-Motion for Summary Judgment (ECF No. 176) is DENIED;

3. Plaintiff's Motion (ECF No. 165) and Defendants' Motion for Reconsideration regarding a discovery order (ECF No. 163) are DENIED as MOOT; and

4. The Clerk shall send copies of this Memorandum Opinion and Order to the plaintiff and to counsel for the defendants and CLOSE this case.

A. David Copperthite
United States Magistrate Judge